IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| THE TOWNHOUSES OF EMERALD HILLS, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.: <br>) |
| ROCKHILL INSURANCE COMANY, | )<br>) |
| Defendant. | ) |

## NOTICE OF REMOVAL OF DEFENDANT ROCKHILL INSURANCE COMPANY

Defendant Rockhill Insurance Company ("Rockhill"), within the time prescribed by law and pursuant to 28 U.S.C. § 1441, files this notice of removal, respectfully showing the Court as follows:

1.

Plaintiff The Townhouses of Emerald Hills, Inc. ("plaintiff") has filed a complaint against Rockhill in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, which county is within the United States District Court for the Southern District of Florida and the Fort Lauderdale Division of this Court. The lawsuit is styled as above and is numbered as case no. CACE-19-015289.

2.

Plaintiff commenced this action on July 22, 2019, by filing a complaint in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida. Rockhill was served with a copy of the summons and complaint on July 30, 2019 by delivery to its registered agent, Jerry W. Brumfield, 700 W. 47th Street, Suite 350, Kansas City, Missouri 64112.

3.

This notice of removal is being filed within thirty (30) days of service of plaintiff's complaint on Rockhill.

4.

Attached to this notice of removal as Exhibit "1" are true and correct copies of plaintiff's complaint and all process, pleadings, and orders served upon Rockhill in this case, as required by 28 U.S.C. § 1446(a). The written discovery served on July 30, 2019 by plaintiff with its complaint is included within Exhibit "1."

5.

The only count of plaintiff's complaint is for breach of contract against Rockhill. (Ex. 1: Complaint). The complaint states that plaintiff seeks damages in excess of $15,000.00, but does not provide an exact amount of damages sought. (*Id.*, ¶ 1).

6.

On December 5, 2018, plaintiff, through its public adjuster, Jeffrey Dobbins of Public Adjusters Group, LLC, provided a sworn statement in proof of loss to Rockhill claiming damages in the total amount of $6,489,734.30. (Ex. 2: Copy of plaintiff's sworn statement in proof of loss dated December 4, 2018).

7.

The sworn statement in proof of loss submitted by plaintiff to Rockhill in connection with its insurance claim out of which this action arises establishes that the damages claimed by plaintiff in this lawsuit exceed the sum or value of $75,000.00, exclusive of interest and costs, and therefore, the amount in controversy satisfies the jurisdictional prerequisite of 28 U.S.C. § 1332(a).

8.

Plaintiff is a corporation organized and existing under the laws of the State of Florida, with its principal place of business located in Hollywood, Florida (Broward County).

9.

Rockhill is a corporation organized and existing under the laws of the State of Arizona, with its principal place of business located in Kansas City, Missouri (Jackson County).

10.

There is complete diversity of citizenship between plaintiff and Rockhill in this action.

11.

Because the amount in controversy in this lawsuit exceeds the sum or value of $75,000.00, exclusive of interest and costs, and there is complete diversity of citizenship between plaintiff and Rockhill, this case is subject to the original jurisdiction of this Court under 28 U.S.C. § 1332, and may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446.

12.

Rockhill has given written notice of the filing of this notice of removal to plaintiff by mailing a copy of this notice to its attorneys of record – Michael D. Leader, Esq. and Scott R. Zucker, Esq., Leader, Leader & Zucker, PLLC, 633 South Andrews Avenue, Suite 201, Fort Lauderdale, Florida 33301.

13.

In accordance with 28 U.S.C. § 1446(a), Rockhill will provide written notice of the filing of this notice of removal to Brenda D. Forman, Broward County Clerk of Courts, and serve copies upon all adverse parties.

WHEREFORE, defendant Rockhill Insurance Company respectfully prays that the above-captioned lawsuit be removed to the United States District Court for the Southern District of Florida, Fort Lauderdale Division.

Respectfully submitted this 14th day of August, 2019.

*/s/ J. Richard Young*
J. RICHARD YOUNG
Florida Bar No. 0563250
MOZLEY, FINLAYSON & LOGGINS LLP
4767 New Broad Street
Orlando, Florida 32814
Tel: (407) 514-2765 Ext. 2317
Fax: (404) 250-9355
ryoung@mfllaw.com

*Attorney for Defendant Rockhill Insurance Company*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| THE TOWNHOUSES OF EMERALD HILLS, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: ) |
| ROCKHILL INSURANCE COMANY, | ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF REMOVAL OF DEFENDANT ROCKHILL INSURANCE COMPANY** using the Court's CM/ECF System and served a true and correct copy of same via U.S. Mail, postage prepaid, and electronic mail to the following counsel of record:

Michael D. Leader, Esq.
Scott R. Zucker, Esq.
Leader, Leader & Zucker, PLLC
633 South Andrews Avenue, Suite 201
Fort Lauderdale, Florida 33301
mleader@leader-law.com
service@leader-law.com
*Attorneys for Plaintiff The Townhouses of Emerald Hills, Inc.*

This 14th day of August, 2019.

                                                */s/ J. Richard Young*
                                                J. RICHARD YOUNG
                                                Florida Bar No. 0563250