# EXHIBIT 1

CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA

THE TOWNHOUSES OF EMERALD HILLS, INC.

PLAINTIFF(S)

VS.

ROCKHILL INSURANCE COMPANY

DEFENDANT(S)

_____/

| | |
|---|---|
| **CASE #:** | **CACE-19-015289** |
| **COURT:** | **17TH JUDICIAL CIRCUIT** |
| **COUNTY:** | **BROWARD** |
| **DFS-SOP #:** | **19-000199320** |

SUMMONS, COMPLAINT, DISCOVERY, CIVIL COVER SHEET, DESIGNATION OF EMAIL ADDRESS, NOTICE OF UNAVAILABILITY, DEPOSITION REQUEST LETTER

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said  process was received in my office by ELECTRONIC DELIVERY on Sunday, July 28, 2019 and a copy was forwarded by ELECTRONIC DELIVERY on Tuesday, July 30, 2019 to the designated agent for the named entity as shown below.


   ROCKHILL INSURANCE COMPANY
   JERRY W BRUMFIELD
   700 W. 47TH ST, STE 350
   KANSAS CITY, MO 64112



**\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule  #1.080**



*Jimmy Patronis*

Jimmy Patronis
Chief Financial Officer


MICHAEL D. LEADER
LEADER & LEADER, P.A.
633 SOUTH ANDREWS AVENUE
SUITE 201
FORT LAUDERDALE, FL 33301

DKG

IN THE CIRCUIT COURT FOR THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

THE TOWNHOUSES OF                                    CASE NO.:
EMERALD HILLS, INC.

                    Plaintiff,
vs

ROCKHILL INSURANCE COMPANY,

                    Defendant.
_____/

**SUMMONS**

THE STATE OF FLORIDA

To each Sheriff of the State:

    YOU ARE COMMANDED to serve this summons and the complaint or petition, in this action on defendant, ROCKHILL INSURANCE COMPANY, by serving pursuant to Florida Statutes 48.081, whose address is:

**CHIEF FINANCIAL OFFICER as RA**
**FOR ROCKHILL INSURANCE COMPANY**
**200 E. GAINES STREET**
**TALLAHASSEE FL 32399**

Defendant is hereby required to serve written defenses to the complaint or petition on Plaintiff's attorney:

Michael D. Leader, Esquire
Scott R. Zucker, Esquire
LEADER, LEADER & ZUCKER, PLLC
633 South Andrews Ave., Suite 201
Fort Lauderdale, FL 33301

Within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter.  If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

RECEIVED AS STATUTORY REGISTERED AGENT on 28 July, 2019 and served on defendant or named party on 30 July, 2019 by the Florida Department of Financial Services

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene 20 dias, contados a partir del recibo de esta notificacaion, para contester la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telfonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado immediatamente.  Si no conoce a un abogado, puede llamar a una de la oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por sue cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abrogado del Demandante).

## IMPORTANT

Des poursuites judicaires ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la data de l'assignation de cette citation pour deposer une reponse escrite a la plainte ci-jointe aupres de ce tribunal.  Un emple coup de telephone est insuffisant pour vous proteger.  Vous etes obliges de deposer votre reponse escrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etresaisis par la suite, sans aucun preavis ulterieur du tribunal. Il a d'autres obligations juridiques et vous pouvez requerir les sez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telphones).

Si vous de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiffs Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

DATED ON: __       JUL 24 2019

As Clerk of the C_____

By: ____BRENDA D. FORMAN____
Deputy Clerk
COURT SEAL

IN THE CIRCUIT COURT FOR THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

THE TOWNHOUSES OF                                    CASE NO.:
EMERALD HILLS, INC.

      Plaintiff,

vs

ROCKHILL INSURANCE COMPANY,

      Defendant.

---

## COMPLAINT

---

    Plaintiff, THE TOWNHOUSES OF EMERALD HILLS, INC., (hereinafter "Plaintiff") by and through the undersigned counsel, sues Defendant, ROCKHILL INSURANCE COMPANY, (hereinafter "Defendant") and alleges:

    1.    This is an action for damages in excess of $15,000.00, exclusive of court costs, attorney's fees, and interest, and therefore within the jurisdiction of this Court.

    2.    At all material times, Plaintiff's property, which is insured by Defendant, is located in Broward County, Florida.

    3.    At all material times, Defendant was/is a corporation fully licensed to transact insurance in the State of Florida and issues policies through local agents as part of its customary business in Broward County, Florida.

Complaint - 2

4.      Venue is appropriate as the property is located in Broward County, Florida.

## **FACTUAL BACKGROUND**

5.      Defendant issued policy number RCPPRU000140-00 (the "Policy") which provided commercial property insurance for Plaintiff's located in Broward County, Florida.  See policy attached as Exhibit "A".

6.      The Policy was in full force and effect on the date of the subject loss.

7.      On or about September 10, 2017, Plaintiff's property sustained damage to the Property as a result of Hurricane Irma.

8.      The Policy provides insurance coverage for all of the losses, damages and expenses that Plaintiff has suffered and incurred.

9.      In accordance with the terms and conditions of the Policy, Plaintiff gave Defendant timely notice of Plaintiff's claim.

10.     Defendant acknowledged Plaintiff's claim, assigned it claim number 72347.015375, and afforded coverage for the loss.

11.     Defendant has breached the terms of the Policy by refusing to pay all of the benefits due and owing to Plaintiff for the losses that Plaintiff suffered.

12.     Plaintiff has complied with all terms and conditions of the Policy and all conditions precedent to the bringing of the instant action have been performed, waived, or excused.

13.    As a result of Defendant's actions, Plaintiff has been forced to engage the undersigned attorneys for the prosecution of this action and are entitled to an award of attorney's fees pursuant to Florida Statute §627.428.

## COUNT I - BREACH OF CONTRACT

14.    Plaintiff adopts and re-alleges paragraphs 1 through 13 above.

15.    Defendant has/had a contractual obligation to Plaintiff pursuant to the Policy of insurance issued to Plaintiff by Defendant.

16.    By failing to pay Plaintiff benefits due and owing for the covered losses that Plaintiff sustained as provided for in the Policy, Defendant breached the Policy thereby breaching the contract between Plaintiff and Defendant.

17.    As a result of the breach, Plaintiff has suffered damages, exclusive of costs and fees, in excess of the jurisdictional limits of this Court.

**WHEREFORE**, Plaintiff demands judgment for benefits together with pre-judgment interest, costs and attorneys' fees pursuant to Florida Statutes §627.428 and/or as otherwise permitted under Florida law and any other relief this Court deems proper and just.

Complaint - 4

## DEMAND FOR JURY TRIAL

The Plaintiff hereby demands trial by jury on all issues triable as of right by a

jury.

Dated July 22, 2019.

LEADER, LEADER & ZUCKER, PLLC
Attorneys for Plaintiff
633 South Andrews Avenue
Suite 201
Fort Lauderdale, FL  33301
(954) 523-2020 - Telephone
(954) 523-2525 - Facsimile
Primary Service E-Mail: mleader@leader-law.com
Secondary Service E-Mail: service@leader-law.com

BY:    /s/Michael D. Leader
        MICHAEL D. LEADER, ESQ.
        Florida Bar No: 343950
        SCOTT R. ZUCKER, ESQ.
        Florida Bar No.: 71301



## FACE PAGE

**This page is the face of the policy referenced by number below and is a part of the policy.**

Insured's Name:  The Townhouses of Emerald Hills Inc

Policy Number:  RCPPRU00014000      Policy Dates:  From: 3/5/2017  To:  3/5/2018

Surplus Lines Agent's Name:              Marcia Whisman
Surplus Lines Agent's Address:           7700 West Camino Real Suite # 201
                                         Boca Raton, FL 33433
Surplus Lines Agent's License:           # P134922
Producing Agent's Name:                  Craig Howard Weinstein
Producing Agent's Physical Address:      362 Minorca Avenue
                                         Coral Gables, FL 33134

**"THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW. PERSONS INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE OBLIGATION OF AN INSOLVENT UNLICENSED INSURER."**

## "SURPLUS LINES INSURERS' POLICY RATES AND FORMS ARE NOT APPROVED BY ANY FLORIDA REGULATORY AGENCY."

| | | | |
|---|---|---|---|
| Policy Premium: | $135,000.00 | Policy Fee: | $35.00 |
| Inspection Fee: | $400.00 | Service Fee: | $203.15 |
| Tax: | $6,771.75 | | |
| EMPA Surcharge: | $4.00 | | |

Surplus Lines Agent's Countersignature:

If this policy is a surplus lines, personal lines residential property policy then the following shall apply:

## "THIS POLICY CONTAINS A CO-PAY PROVISION THAT MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU."

If this policy is a surplus lines, personal lines residential property policy which includes the peril of windstorm then the following shall apply:

## "THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE OR WIND LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU."



# R O C K H I L L

## INSURANCE GROUP

A Member of State Auto Group

700 W. 47th Street, Suite 350
Kansas City, MO  64112

Policy Number:  RCPPRU000140-00

The Townhouses of Emerald Hills Inc
c/o JK Property Management, LLC
2326 Hollywood Blvd, Suite 10
Hollywood, FL 33020

RHIC Jacket

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

 © ISO Properties, Inc., 2004

# COMMERCIAL PROPERTY POLICY
## DECLARATIONS

**Policy Number:**

| RCPPRU000140-00 |
|---|

**Renewal of Policy No.**

| New |
|---|

INSURANCE IS PROVIDED BY

**ROCKHILL INSURANCE COMPANY**
700 West 47th Street, Suite 350
KANSAS CITY, MO 64112

| Named Insured and Mailing Address | Producer's Name and Mailing Address |
|---|---|
| The Townhouses of Emerald Hills Inc.<br>c/o JK Property Management, LLC<br>2326 Hollywood Blvd, Suite 10<br>Hollywood, FL 33020 | CRC Insurance Services<br>7700 West Camino Real Centre, Suite #201<br>Boca Raton, FL 33433 |

Policy Period:    Inception Date: 03/05/17  Expiration Date:  03/05/18  12:01 A.M Standard Time at your mailing address shown above. (unless otherwise endorsed)

Policy Coverage Limit and Participation:  $10,000,000 Per Occurrence

Perils Insured:   All Risk Including Boiler & Machinery; Excluding Flood & Earth Movement

Covered Property Description:  See Supplemental Declarations Endorsement RHIC 7002

Total Insured Values:   $29,626,215   See Supplemental Declarations Endorsement RHIC7002

Deductible(s):  As further described within the forms attached to this policy.

Coinsurance:  Waived

Valuation:  Replacement Cost

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL OF THE TERMS OF THIS POLICY, WE AGREE TO PROVIDE THE INSURANCE STATED IN THIS POLICY.

In the event this policy is cancelled, the earned Premium shall be computed in accordance with the terms of the Minimum Earned Premium Endorsement which is attached to this policy.

Premium shown is due within 30 days of inception.

| | |
|---|---|
| Policy Premium | $135,000.00 |
| Terrorism Premium | Rejected |
| Inspection Fee: | $400.00 |
| Total Due | $135,400.00 |

| Form(s) and Endorsement(s) that are made a part of this policy at time of issue: |
|---|
| See Schedule of Endorsements on RHIC7001 |

Date of Issue:              Countersigned By

_____
Authorized Representative

THESE DECLARATIONS TOGETHER WITH THE COVERAGE PART COVERAGE FORM AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

RHIC 7000 (Ed. 12/16)          Includes Copyrighted Material of Insurance Services Office, Inc.          Page 1 of 1
with its permission

**SCHEDULE OF PROPERTY ENDORSEMENTS**

Forms and Endorsements applying to and made a part of this policy at the time of issuance are designated below by an X:

**Named Insured:**     The Townhouses of Emerald Hills Inc
**Policy No.:**     RCPPRU000140-00

| | | |
|---|---|---|
| X | RHIC 7000 (12/16) | Commercial Property Policy Declarations |
| | RHIC 7119 (10/16) | Minimum Earned Premium Endorsement |
| X | RHIC 7116 (10/16) | Minimum Earned Premium Endorsement-Coastal |
| | RHIC 7020 (01/17) | Commercial Property - Excess Follow Form |
| | RHIC 7136 (01/17) | Commercial Property - Excess Follow Form - Wind and Hail Perils Only |
| | RHIC 7051 (01/17) | Commercial Property - Excess Follow Form - Named Storm Only |
| | IL 09 85 (01/15) | Disclosure Pursuant to Terrorism Risk Insurance Act |
| | IL 09 52 (01/15) | Cap on Losses from Certified Acts of Terrorism |
| X | IL 09 53 (01/15) | Exclusion of Certified Acts of Terrorism |
| X | RHIC 7002 (10/16) | Supplemental Declarations Endorsement |
| | RHIC 7067 (10/13) | Sinkhole Collapse Sublimit Endorsement |
| X | RHIC 7081 (01/17) | Sinkhole Exclusion and Provision for Catastrophic Ground Cover Collapse |
| | RHIC 7004 (12/05) | Additional Named Insured Endorsement |
| | RHIC 7033 (12/16) | Loss Payable Provisions |
| | RHIC 7030 (12/16) | Mortgagee Schedule |
| | RHIC 7017 (12/16) | Mortgagee Endorsement |
| X | RHIC 1101 (01/16) | Signature Endorsement |
| X | RHIC 7129 (12/16) | Multiple Deductible Form (Fixed Dollar Deductibles) |
| | RHIC 7057 (07/15) | Windstorm or Hail Deductible |
| X | RHIC 7068 (07/15) | Hurricane or Hail Deductible |
| X | RHIC 7073 (12/14) | Calendar Year Hurricane or Hail Deductible |
| | RHIC 7072 (12/14) | Calendar Year Named Windstorm or Hail Deductible |
| | CP 00 10 (06/07) | Building and Personal Property Coverage Form |
| | RHIC 7050 (08/07) | Builders Risk Coverage Form |
| | RHIC 7026 (02/06) | Builders Risk Soft Cost Schedule |
| | RHIC 7025 (02/06) | Builders Risk Soft Cost and Rental Income Endorsement |
| | CP 00 30 (06/07) | Business Income(And Extra Expense) Coverage Form |
| | CP 00 32 (06/07) | Business Income(Without Extra Expense)Coverage Form |
| X | CP 00 17 (06/07) | Condominium Association Coverage Form |
| | CP 00 18 (06/07) | Condominium Commercial Unit-Owners Coverage Form |
| X | CP 10 30 (06/07) | Causes of Loss - Special Form |
| | RHIC 7007 (07/15) | Causes of Loss - Windstorm or Hail |
| | RHIC 7003 (07/15) | Absolute Fungus, Mold, or Spores Exclusion |
| X | RHIC 7005 (11/16) | Asbestos Material Exclusion |
| X | RHIC 1112 (01/09) | Cancellation/Non-Renewal |
| X | RHIC 7121 (11/16) | Commercial Property Conditions |
| | RHIC 7132 (12/16) | Commercial Property Excess Policy Conditions |
| X | RHIC 7137 (11/16) | Computer-Related Exclusion |
| X | CP 0140 (07/06) | Exclusion of Loss Due to Virus or Bacteria |
| X | RHIC 1005 (01/07) | Notice of Service of Suit |
| X | RHIC 7018 (09/06) | Nuclear, Chemical and Biological Exclusion Endorsement |
| X | RHIC 7019 (12/05) | Occurrence Limit of Liability Endorsement |
| X | RHIC 7022 (12/05) | Pre-Existing Damage Endorsement |
| | RHIC 7117 (10/16) | Roof Covering Conditional Valuation |
| X | RHIC 7102 (11/16) | Seepage and/or Pollution and/or Contamination Exclusion |
| X | RHIC 7032 (12/05) | Toxic Materials Endorsement |
| X | RHIC 7123 (01/17) | Commercial Condominium Association Enhancement Endorsement |
| | RHIC 7122 (01/17) | Commercial Property Enhancement Endorsement |

RHIC7001(11/16)

## SCHEDULE OF PROPERTY ENDORSEMENTS

Forms and Endorsements applying to and made a part of this policy at the time of issuance are designated below by an X:

|     |     |     |
| --- | --- | --- |
| _____ | RHIC 7124 (11/16) | Earth Movement Endorsement (Sub-Limit Form) |
| _____ | RHIC 7015 (07/15) | EIFS or Dryvit Exclusion |
| _____ | RHIC 7064 (01/17) | Extended Period of Indemnity |
| _____ | RHIC 7120 (11/16) | Flood Coverage Endorsement |
| _____ | RHIC 7058 (02/13) | Margin Clause |
| _____ | RHIC 7065 (02/13) | Monthly Limit of Indemnity |
| _____ | RHIC 7052 (05/09) | Ordinance or Law Coverage |
| X | RHIC 7118 (10/16) | Ordinance or Law Coverage - Optional Combined Limits |
| _____ | IL 04 15  (04/98) | Protective Safeguards |
| _____ | RHIC 7140 (01/17) | Discharge From Sewer, Drain or Sump (Not Flood-Related) |
| _____ | CP 04 50  (07/88) | Vacancy Permit |
| _____ | RHIC 7088 (12/16) | Wind Driven Rain Endorsement |
| X | SP 21 70  (09/10) | Comml Prop Coverage Part Equipment Breakdown Coverage Schedule |
| X | SP 21 69  (09/10) | Equipment Breakdown Coverage |
| _____ | RHIC 7043 (11/06) | Equipment Breakdown Exclusion |
| _____ | RHIC 7034 (12/05) | Earth Movement Exclusion |
| _____ | RHIC 7012 (12/05) | Condominium Association Unit Owners Fixtures & Appliances |
| _____ | RHIC 7035 (12/05) | Flood Exclusion |
| _____ | RHIC 7021 (07/15) | Permission for Excess Insurance |
| _____ | RHIC 7023 (12/05) | Priority of Payment Clause |
| _____ | RHIC 7125 (11/16) | Water Exclusion With Named Windstorm Surge Exception |
| X | RHIC 7131 (11/16) | Manuscript Coverage Endorsement |
| _____ | RHIC 7131 (11/16) | Manuscript Coverage Endorsement |
| _____ | RHIC 7131 (11/16) | Manuscript Coverage Endorsement |
| X | IL 01 75  (09/07) | Florida - Legal Action Changes |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MINIMUM EARNED PREMIUM ENDORSEMENT – COASTAL LOCATIONS AND PROPERTIES

This endorsement modifies insurance provided under the following:

    COMMON POLICY CONDITIONS

    COMMERCIAL PROPERTY COVERAGE PART

**Minimum Earned Premium:**

(1) **35%** of the total annual premium if this policy was <u>not</u> in effect at any time during the period beginning June 1st through and including November 30th in any calendar year; or

(2) **80%** of the total annual premium if this policy was in effect at any time during the period beginning June 1st through and including November 30th in any calendar year.

If this policy is cancelled, we will send the first Named Insured any premium refund which is due.   If cancellation is initiated by the Insurance Company, the refund will be pro-rata for the term insured.  If the cancellation is initiated by the first Named Insured, or if the policy is cancelled for non-payment of premium, the refund will be subject to standard short-rate calculation, and will be subject to the minimum earned premium percentage shown above.  The cancellation will be effective even if refunds have not been offered or made.

The following applies to any location which is within 100 miles of the Atlantic Ocean or Gulf of Mexico:

1) If you remove a location or reduce the limits of insurance at an insured location during the policy term, and the policy was in effect at any time during the period of June 1st to November 30th in any calendar year, we will not return any premium for such location removal or limits reduction;

2) If you add a location during the policy term, and the coverage for the newly added location was in effect during the period from June 1st to November 30th in any calendar year, the premium for such location will be calculated as 100% of the annual premium attributable to the location.   If the newly added location's coverage was not in effect at any time during the period of June 1st – November 30th in any calendar year, the premium for the newly added location will be pro-rated to the term of coverage.

3) Coverage may not be increased, nor may any locations be added to the policy, if a Named Storm is in force, unless the change is specifically accepted in writing by the Insurance Company.

**All Other Terms and Conditions Remain Unchanged.**

POLICY NUMBER: RCPPRU000140-00

**IL 09 53 01 15**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

### SCHEDULE

The **Exception Covering Certain Fire Losses** (Paragraph **C**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
| California, Connecticut, Georgia, Hawaii, Illinois, Iowa, Maine, Massachusetts, Missouri, New Jersey, New York, North Carolina, Oregon, Rhode Island, Virginia, Washington, West Virginia, Wisconsin | Property |
|  |  |
|  |  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The following exclusion is added:

**CERTIFIED ACT OF TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**C. Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

© Insurance Services Office, Inc., 2015

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D. Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

© Insurance Services Office, Inc., 2015

**IL 09 53 01 15**

POLICY NUMBER: RCPPRU000140-00

## SUPPLEMENTAL DECLARATIONS ENDORSEMENT

Designation of premises, as stated in the Declaration, is extended to include the following and insurance is provided with respect to those premises described below and with respect to those coverages and kinds of property for which a specific limit of liability is shown, subject to all the terms of this policy including forms and endorsements made a part hereof:

| Loc. No. | Bldg. No. | Designated Premises Description & Location | Building | Business Personal Property | Business Income | Other |
|---|---|---|---|---|---|---|
| 1 | 1 | 100-112 Heatherbrook Way, Hollywood, FL 33021 | $1,328,016 | | | |
| 1 | 2 | 901-911 St. Andrews Road, Hollywood, FL 33021 | $1,147,265 | | | |
| 1 | 3 | 800-810 St. Andrews Road, Hollywood, FL 33021 | $891,062 | | | |
| 1 | 4 | 401-407 Bonnie Brae Way, Hollywood, FL 33021 | $703,543 | | | |
| 1 | 5 | 301-307 Bonnie Brae Way, Hollywood, FL 33021 | $703,543 | | | |
| 1 | 6 | 1101-1107 St. Andrews Road, Hollywood, FL 33021 | $703,543 | | | |
| 1 | 7 | 500-508 Bonnie Brae Way, Hollywood, FL 33021 | $950,623 | | | |
| 1 | 8 | 701-709 St. Andrews Road, Hollywood, FL 33021 | $1,003,319 | | | |
| 1 | 9 | 501-507 St. Andrews Road, Hollywood, FL 33021 | $703,543 | | | |
| 1 | 10 | 600-608 St. Andrews Road, Hollywood, FL 33021 | $950,623 | | | |
| 1 | 11 | 400-410 St. Andrews Road, Hollywood, FL 33021 | $1,147,265 | | | |
| 1 | 12 | 401-407 Dunwoody Lane, Hollywood, FL 33021 | $703,543 | | | |
| 1 | 13 | 301-311 Dunwoody Lane, Hollywood, FL 33021 | $1,266,894 | | | |
| 1 | 14 | 201-211 Bonnie Brae Way, Hollywood, FL 33021 | $1,141,695 | | | |
| 1 | 15 | 101-111 Bonnie Brae Way, Hollywood, FL 33021 | $1,141,695 | | | |
| 1 | 16 | 100-110 Dunwoody Lane, Hollywood, FL 33021 | $1,141,695 | | | |
| 1 | 17 | 201-211 Dunwoody Lane, Hollywood, FL 33021 | $1,141,695 | | | |
| 1 | 18 | 200-210 St. Andrews Road, Hollywood, FL 33021 | $1,141,695 | | | |
| 1 | 19 | 301-307 St. Andrews Road, Hollywood, FL 33021 | $750,374 | | | |
| 1 | 20 | 101-111 St. Andrews Road, Hollywood, FL 33021 | $1,141,695 | | | |
| 1 | 21 | 101-115 Tweedbrook Lane., Hollywood, FL 33021 | $1,155,790 | | | |
| 1 | 22 | 1401-1407 St. Andrews Road, Hollywood, FL 33021 | $750,374 | | | |
| 1 | 23 | 1501-1509 St. Andrews Road, Hollywood, FL 33021 | $1,044,775 | | | |
| 1 | 24 | 1600 St. Andrews Road, Hollywood, FL 33021 | $237,585 | | | |
| 1 | 25 | 1800 St. Andrews Road, Hollywood, FL 33021 | $237,585 | | | |
| 1 | 26 | 1900 St. Andrews Road, Hollywood, FL 33021 | $237,585 | | | |
| 1 | 27 | 2100 St. Andrews Road, Hollywood, FL 33021 | $237,585 | | | |
| 1 | 28 | 2200 St. Andrews Road, Hollywood, FL 33021 | $237,585 | | | |
| 1 | 29 | 2400 St. Andrews Road, Hollywood, FL 33021 | $237,585 | | | |
| 1 | 30 | 2301-2307 St. Andrews Road, Hollywood, FL 33021 | $750,374 | | | |
| 1 | 31 | 2001-2011 St. Andrews Road, Hollywood, FL 33021 | $1,266,894 | | | |
| 1 | 32 | 1701-1711 St. Andrews Road, Hollywood, FL 33021 | $1,266,894 | | | |
| 1 | 33 | 101-109 Heatherbrook Way, Hollywood, FL 33021 | $950,623 | | | |
| 1 | 34 | 1201 St. Andrews Road, Hollywood, FL 33021 | $403,905 | $25,000 | | |
| 1 | 34 | Pool | | | | $58,250 |
| 1 | 34 | Pool Deck | | | | $25,400 |
| 1 | 34 | Pool Heater | | | | $4,950 |
| 1 | 34 | Metal Fence | | | | $4,100 |
| 1 | 34 | Wood Fence | | | | $700 |
| 1 | 34 | Outdoor Pool Furniture | | | | $9,000 |
| 1 | 34 | Metal Mailboxes-12 Slot | | | | $20,400 |
| 1 | 34 | Metal Mailboxes-8 Slot | | | | $3,300 |
| 1 | 34 | Metal Mailboxes-16 Slot | | | | $2,450 |

| 1 | 34 | 12 Ft. Metal Single Fixture Light Poles | | | | $140,350 |
|---|----|-----------------------------------------|-|-|-|----------|
| 1 | 34 | 7 Ft. Metal Single Fixture Light Poles | | | | $53,050 |
| 1 | 34 | 14 Ft. Metal Single Fixture Light Poles | | | | $2,000 |
| 1 | 34 | Street/Stop - Composite Signs | | | | $1,800 |
| 1 | 34 | Speed -Composite Signs | | | | $400 |
| 1 | 34 | Stop - Composite Sign | | | | $950 |
| 1 | 34 | Stop - Metal Standard Sign | | | | $550 |
| 1 | 34 | Auto Pole Gates | | | | $9,200 |
| 1 | 34 | Wood, Routed & Painted Signs | | | | $5,050 |
| 1 | 34 | Concrete Panel Perimeter Wall | | | | $300,000 |
| 1 | 34 | Chain Link Fence | | | | $35,050 |
| 1 | 34 | Sprinkler System | | | | $5,000 |
| 1 | 34 | Pool Equipment | | | | $17,700 |
| 1 | 34 | Pool Patio | | | | $5,700 |
| 1 | 34 | Security Cameras | | | | $5,700 |
| 1 | 34 | Golf Cart | | | | $5,700 |
| 1 | 34 | 2 Entry Gate System | | | | $66,000 |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

### Sinkhole Exclusion and Provision for
### Catastrophic Ground Cover Collapse

**"Sinkhole" Exclusion**

It is hereby agreed and understood that Section **B.1.b.(4)** of Causes of Loss – Special Form, is replaced as follows:

> **(4)** Earth sinking (including "sinkhole"), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.
>
> But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

This insurance does not cover any loss, damage, cost, or expense directly or indirectly arising out of our in connection with a "Sinkhole", Sinkhole collapse, or Sinkhole activity. Such loss, damage, cost, or expense is excluded regardless of any other cause or event contributing concurrently or in any sequence to such loss.

**"Sinkhole"**

"Sinkhole" means loss or damage to Covered Property when "structural damage" to the covered building, including the foundation, is caused by settlement or systematic weakening of the earth supporting the covered building, only if the settlement or systematic weakening results from contemporaneous movement or raveling of soils, sediments or rock materials into subterranean voids created by the effect of water on a limestone or similar rock formation.

**"Catastrophic Ground Cover Collapse"**

**Coverage within this clause is subject to the limits set forth in this policy, unless a sublimit is designated:**

**Sublimit Amount:   $Not Applicable**

Not withstanding the foregoing "Sinkhole" exclusion, it is hereby agreed and understood that this policy provides coverage for direct physical loss or damage to covered property caused by or resulting from "Catastrophic Ground Cover Collapse".

 "Catastrophic Ground Cover Collapse" does not:

1. cover structural damage consisting merely of the settling or cracking of a foundation, structure or building;
2. cover any cost or expense relating to the investigation, excavation, filling or remediation of any underground void or ground cover depression; or
3. increase the applicable Limit of Insurance regardless of whether loss or damage attributable to "Catastrophic Ground Cover Collapse" also qualifies as Sinkhole Loss or Earth Movement (if either or both of these causes of loss are covered), only one Limit of Insurance will apply to such loss or damage.

The Earth Movement exclusion does not apply to coverage for "Catastrophic Ground Cover Collapse".

"Catastrophic Ground Cover Collapse" means geological activity that results in all of the following conditions:

1. The abrupt collapse of the ground cover;
2. A depression in the ground cover clearly visible to the naked eye;
3. Structural damage to the insured building or structure, including the foundation; and
4. The insured building or structure being condemned and ordered to be vacated by the government agency authorized by law to issue such an order for that building or structure.

**All other Terms and Conditions Remain Unchanged**

# SIGNATURE ENDORSEMENT

By signing and delivering the policy to you, we state that it is a valid contract when countersigned by our authorized representative

**ROCKHILL INSURANCE COMPANY**
Kansas City, Missouri

_____
Melissa A. Centers
Secretary

_____
Michael E. LaRocco
President

RHIC 1101 (01/16)                                                              Page 1 of 1

COMMERCIAL PROPERTY
RHIC 7129 12 16

POLICY NUMBER: RCPPRU000140-00

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MULTIPLE DEDUCTIBLE
**(FIXED DOLLAR DEDUCTIBLES)**

This endorsement modifies insurance provided under the following:
BUILDERS' RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

## SCHEDULE

The Deductibles applicable to any one occurrence are shown below:

| Premises Number | Building Number | Deductible | Covered Cause of Loss* |
|---|---|---|---|
| All | All | $5,000 | (2) Per Occurrence |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

* For each Deductible listed in this Schedule, enter the number corresponding to the Covered Cause(s) of Loss to which that Deductible applies (or enter the description):
**(1)** All Covered Causes Of Loss
**(2)** All Covered Causes Of Loss **except** Windstorm Or Hail
**(3)** All Covered Causes Of Loss **except** Theft
**(4)** All Covered Causes Of Loss **except** Windstorm Or Hail and Theft
**(5)** Windstorm Or Hail - Other than "Named Windstorm"
**(6)** Windstorm Or Hail - "Named Storm" only
**(7)** Windstorm Or Hail - All Wind or Hail occurrences
**(8)** Theft
**(9)** Vandalism
**(10)** Water Damage not otherwise excluded by the policy
**(11)** Scheduled Peril(s): _____

The following is added to the **Deductible** Section of this Policy:

**A.** Where a deductible identified elsewhere in this policy with respect to other perils, including but not limited to Flood, Earth Movement, or Equipment Breakdown, or to a specific property condition, including

RHIC 7129 12 16          Includes copyrighted material of ISO Properties Inc.          Page 1 of 2
Used with its permission

but not limited to vacancy or unoccupancy, the terms of this endorsement do not apply to any covered loss or damage to which such deductible stated elsewhere would apply.

**B.** In the event that loss or damage occurs to Covered Property at more than one building location as a result of one occurrence, the largest applicable deductible for that Covered Cause Of Loss shown within all clauses of this policy will apply.

**C.** The following is added to the BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM; the BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM; and the EXTRA EXPENSE COVERAGE FORM:

> **Deductible:** The deductible applies in addition to any waiting period that precedes the "period of restoration". In any one occurrence of covered loss or damage, we will first reduce the amount of loss if required by the Coinsurance Condition or the Business Income Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss occurrence. If the adjusted amount of covered loss or damage exceeds the Deductible, we will subtract the Deductible amount from the adjusted amount of loss and will pay the resulting net amount of the loss, not to exceed any limit or sublimit identified within the policy as applying to this clause.
>
> When a single covered loss occurrence involves Business Income and/or Extra Expense at more than one covered location or premises, and separate limits of Business Income and/or Extra Expense insurance apply to each location or premises, the deductible amount will be applied as a single occurrence deductible amount against the adjusted total of all Business Income and/or Extra Expense Loss at all locations. The insured may choose to apportion the per occurrence deductible amount against the adjusted loss being claimed at each individual covered location involved in the loss. This paragraph does not modify or amend the separate coverage limit which is provided at each location.

The following is added to the **Definitions** section of the policy:

> "Named Storm" means a storm system that has been identified as a tropical storm or hurricane and assigned a named by the National Hurricane Center or the Central Pacific Hurricane Center of the National Weather Service (hereafter referred to as NHC and CPHC). A Named Storm begins at the time that a Watch or Warning is issued by the NHC or CPHC for the area in which the affected premises or located, and end 72 hours after the termination of the last Watch or Warning issued of that area by the NHC or CPHC.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## HURRICANE OR HAIL DEDUCTIBLE

**Hurricane** Deductible Amount: 3% of Total Insured Values Per Location, subject to a minimum $50,000 per occurrence.

All Other Windstorm/Hail Deductible Amount: $15,000 per occurrence.

The **Hurricane** Deductible, as shown above, applies to direct physical damage or loss to covered property by a Hurricane, regardless of any other cause or event that contributes concurrently or in any consequence to the damage or loss.

The All Other Windstorm/Hail Deductible, as shown above, applies to direct physical damage or loss to covered property by non-hurricane windstorm or hail, regardless of any other cause or event that contributes concurrently or in any consequence to the damage or loss.

Deductible Clause:

A deductible amount is calculated and applied based on the amount or percentage as shown above

- **A.** If the deductible is on a per building basis, the deductible is applied to the sum of building, personal property and business income value of that building.

- **B.** If the deductible is on a per location basis, the deductible is applied to all insured buildings, personal contents and business incomes at the location affected by loss or damage.

- **C.** If the deductible is on a TIV basis, the deductible is applied to the Total Insured Values, as contained in the Statement of Values on file with the Company.

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

"**Hurricane**:  A storm system that has been declared to be a hurricane by the National Hurricane Center of the National Weather Service (hereafter referred to as NHC).  The Hurricane occurrence begins at the time a hurricane watch or hurricane warning is issued by the NHC, and ends 72 hours after the termination of the last hurricane watch or hurricane warning issued for by the NHC."

**All other terms and conditions of this policy remain unchanged.**

RHIC7068 (07/15)          Includes Copyright Material of Insurance Services Office, Inc.          Page 1 of 1
with its permission

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

**CALENDAR YEAR HURRICANE OR HAIL DEDUCTIBLE**

The Hurricane Deductible, as described in Hurricane or Hail Deductible form RHIC7068, will apply anew in each calendar year. If the policy period does not coincide with the calendar year, then a separate Hurricane Deductible will apply to loss or damage that occurs during each calendar year in which the policy is in force. For example, if the policy period is from July 1 of calendar year 1 to June 30 of calendar year 2, a separate Hurricane Deductible applies to loss or damage occurring from July 1 to December 31 of calendar year 1 and to loss or damage occurring from January 1 to June 30 of calendar year 2.

When a Hurricane results in loss or damage that exhausts the Hurricane Deductible, then that Hurricane Deductible will not apply to loss or damage from a subsequent Hurricane in the same calendar year. In such case, the Deductible that applies to loss or damage from each subsequent Hurricane in that calendar year shall be the "All Other Windstorm/Hail" Deductible.

When a Hurricane results in loss or damage that does not exhaust the Hurricane Deductible, then the Hurricane Deductible applicable to a subsequent Hurricane Windstorm in the same calendar year shall be the greater of:

    a) the All Other Windstorm/Hail Deductible; or

    b) the remaining amount of the Hurricane Deductible In this situation,the remaining amount of the Hurricane Deductible is determined by subtracting the amount(s) of the forementioned loss or damage from the Hurricane Deductible.

**All other terms and conditions remain unchanged.**

COMMERCIAL PROPERTY
CP 00 17 06 07

# CONDOMINIUM ASSOCIATION COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.,** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.,** Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, outside of individual units, including outdoor fixtures;

(3) Permanently installed:

    (a) Machinery; and

    (b) Equipment;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

    (a) Fire-extinguishing equipment;

    (b) Outdoor furniture;

    (c) Floor coverings; and

    (d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering that are not contained within individual units;

(5) If not covered by other insurance:

    (a) Additions under construction, alterations and repairs to the building or structure;

    (b) Materials, equipment, supplies, and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure; and

(6) Any of the following types of property contained within a unit, regardless of ownership, if your Condominium Association Agreement requires you to insure it:

    (a) Fixtures, improvements and alterations that are a part of the building or structure; and

    (b) Appliances, such as those used for refrigerating, ventilating, cooking, dishwashing, laundering, security or housekeeping.

But Building does not include personal property owned by, used by or in the care, custody or control of a unit-owner except for personal property listed in Paragraph **A.1.a.(6)** above.

**b. Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following:

(1) Personal property owned by you or owned indivisibly by all unit-owners;

(2) Your interest in the labor, materials or services furnished or arranged by you on personal property of others;

(3) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

But Your Business Personal Property does not include personal property owned only by a unit-owner.

© ISO Properties, Inc., 2007

**c. Personal Property Of Others** that is:

(1) In your care, custody or control; and

(2) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

(1) The lowest basement floor; or

(2) The surface of the ground if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns;

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

(1) Are licensed for use on public roads; or

(2) Are operated principally away from the described premises.

This paragraph does not apply to:

(a) Vehicles or self-propelled machines or autos you manufacture or warehouse;

(b) Vehicles or self-propelled machines, other than autos, you hold for sale;

(c) Rowboats or canoes out of water at the described premises; or

(d) Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers;

q. The following property while outside of buildings:

(1) Grain, hay, straw or other crops; or

(2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs, or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss Form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

(1) Subject to Paragraphs (3) and (4), we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) Debris Removal does not apply to costs to:

(a) Extract "pollutants" from land or water; or

(b) Remove, restore or replace polluted land or water.

(3) Subject to the exceptions in Paragraph (4), the following provisions apply:

(a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

(b) Subject to (a) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

(4) We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

(a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

(b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if (4)(a) and/or (4)(b) apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

(5) **Examples**

The following examples assume that there is no Coinsurance penalty.

**EXAMPLE #1**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 − $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |

($10,000 is 20% of $50,000.)

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph (3).

© ISO Properties, Inc., 2007

**EXAMPLE #2**

| | | |
|---|---|---|
| Limit of Insurance: | $ | 90,000 |
| Amount of Deductible: | $ | 500 |
| Amount of Loss: | $ | 80,000 |
| Amount of Loss Payable: | $ | 79,500 |
| | ($80,000 – $500) | |
| Debris Removal Expense: | $ | 30,000 |
| Debris Removal Expense Payable | | |
| Basic Amount: | $ | 10,500 |
| Additional Amount: | $ | 10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4),** because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph **(4).** Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary for you to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000, unless a higher limit is shown in the Declarations, for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

  **(a)** The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

  **(b)** Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

  **(a)** We will not pay for the Increased Cost of Construction:

    **(i)** Until the property is actually repaired or replaced, at the same or another premises; and

    **(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

  **(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

  **(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

 © ISO Properties, Inc., 2007 ☐

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

You may extend the insurance that applies to Building to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

**(iii)** Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(3)** If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**f. Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss Form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**EXAMPLE #1**

(This example assumes there is no Coinsurance penalty.)

| | | |
|---|---|---|
| Deductible: | $ | 250 |
| Limit of Insurance – Building #1: | $ | 60,000 |
| Limit of Insurance – Building #2: | $ | 80,000 |
| Loss to Building #1: | $ | 60,100 |
| Loss to Building #2: | $ | 90,000 |

The amount of loss to Building #1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building #1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building #1:

$ 60,100
–    250
$ 59,850   Loss Payable – Building #1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building #2. Loss payable for Building #2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**EXAMPLE #2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example #1.

| | | |
|---|---|---|
| Loss to Building #1: | $ | 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss to Building #2: | $ | 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss Payable – Building #1: | $ | 60,000 |
| (Limit of Insurance) | | |
| Loss Payable – Building #2: | $ | 80,000 |
| (Limit of Insurance) | | |
| Total amount of loss payable: | $ | 140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

 © ISO Properties, Inc., 2007

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage to Covered Property within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

If you name an insurance trustee, we will adjust losses with you, but we will pay the insurance trustee. If we pay the trustee, the payments will satisfy your claims against us.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

© ISO Properties, Inc., 2007

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Unit-owner's Insurance**

A unit-owner may have other insurance covering the same property as this insurance. This insurance is intended to be primary, and not to contribute with such other insurance.

**7. Vacancy**

**a. Description Of Terms**

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

(a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

(i) Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

(ii) Used by the building owner to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**8. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b.** and **c.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property. However, the following property will be valued at the actual cash value even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

**c.** Glass at the cost of replacement with safety-glazing material if required by law.

### 9. Waiver Of Rights Of Recovery

We waive our rights to recover payment from any unit-owner of the condominium that is shown in the Declarations.

## F. Additional Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

### 1. Coinsurance

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

**(4)** Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

## EXAMPLE #1 (UNDERINSURANCE)

| When: | The value of the property is: | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $100,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

Step **(1):** $250,000 x 80% = $200,000
(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):** $100,000 ÷ $200,000 = .50

Step **(3):** $40,000 x .50 = $20,000

Step **(4):** $20,000 − $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

## EXAMPLE #2 (ADEQUATE INSURANCE)

| When: | The value of the property is: | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $200,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

## EXAMPLE #3

| When: | The value of the property is: | |
|---|---|---|
| | Building at Location #1: | $ 75,000 |
| | Building at Location #2: | $100,000 |
| | Personal Property at Location #2: | $ 75,000 |
| | | $250,000 |
| | The Coinsurance percentage for it is: | 90% |
| | The Limit of Insurance for Buildings and Personal Property at Locations #1 and #2 is: | $180,000 |
| | The Deductible is: | $ 1,000 |
| | The amount of loss is: | |
| | Building at Location #2: | $ 30,000 |
| | Personal Property at Location #2: | $ 20,000 |
| | | $ 50,000 |

Step **(1):** $250,000 x 90% = $225,000
(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2):** $180,000 ÷ $225,000 = .80

Step **(3):** $50,000 x .80 = $40,000

Step **(4):** $40,000 − $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

  **a.** The term mortgageholder includes trustee.

  **b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

  **c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

  **d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

    **(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

    **(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

    **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

  All of the terms of this Coverage Part will then apply directly to the mortgageholder.

  **e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

    **(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

    **(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

  At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

  **f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

    **(1)** 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

    **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

  **g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

  If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

  **1. Agreed Value**

    **a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

    **b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

    **c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

      **(1)** On or after the effective date of this Optional Coverage; and

      **(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

  **2. Inflation Guard**

    **a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

    **b.** The amount of increase will be:

      **(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

      **(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

      **(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

 © ISO Properties, Inc., 2007

**EXAMPLE**

| If: | The applicable Limit of Insurance is: | $ 100,000 |
| | The annual percentage increase is: | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is: | 146 |
| | The amount of increase is: $100,000 x .08 x 146 ÷ 365 = | $ 3,200 |

**3. Replacement Cost**

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Coverage Form.

**b.** This Optional Coverage does not apply to:

**(1)** Personal property of others;

**(2)** Contents of a residence; or

**(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac.

Under the terms of this Replacement Cost Optional Coverage, personal property owned indivisibly by all unit-owners, and the property covered under Paragraph **A.1.a.(6)** of this Coverage Form, are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

COMMERCIAL PROPERTY
CP 10 30 06 07

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.,** Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

**1.** Excluded in Section **B.,** Exclusions; or

**2.** Limited in Section **C.,** Limitations;

that follow.

## B. Exclusions

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

### a. Ordinance Or Law

The enforcement of any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**(a)** An ordinance or law that is enforced even if the property has not been damaged; or

**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

### b. Earth Movement

**(1)** Earthquake, including any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

### c. Governmental Action

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

 © ISO Properties, Inc., 2007  ☐

d. **Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

e. **Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

(1) Originates away from the described premises; or

(2) Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

f. **War And Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

g. **Water**

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(2) Mudslide or mudflow;

(3) Water that backs up or overflows from a sewer, drain or sump; or

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings.

But if Water, as described in **g.(1)** through **g.(4)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

h. **"Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

1. When "fungus", wet or dry rot or bacteria results from fire or lightning; or

2. To the extent that coverage is provided in the Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

(1) Electrical or electronic wire, device, appliance, system or network; or

(2) Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

    **(a)** Electrical current, including arcing;

    **(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

    **(c)** Pulse of electromagnetic energy; or

    **(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d. (1)** Wear and tear;

    **(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

    **(3)** Smog;

    **(4)** Settling, cracking, shrinking or expansion;

    **(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

    **(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

    **(7)** The following causes of loss to personal property:

        **(a)** Dampness or dryness of atmosphere;

        **(b)** Changes in or extremes of temperature; or

        **(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

    **(1)** You do your best to maintain heat in the building or structure; or

    **(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

    **(1)** Acting alone or in collusion with others; or

    **(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

   **(1)** An abrupt falling down or caving in;

   **(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

   **(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

   But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

   This exclusion, **k.,** does not apply:

   **(a)** To the extent that coverage is provided under the Additional Coverage – Collapse; or

   **(b)** To collapse caused by one or more of the following:

   **(i)** The "specified causes of loss";

   **(ii)** Breakage of building glass;

   **(iii)** Weight of rain that collects on a roof; or

   **(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

   This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

   **(1)** Planning, zoning, development, surveying, siting;

   **(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

   **(3)** Materials used in repair, construction, renovation or remodeling; or

   **(4)** Maintenance;

   of part or all of any property on or off the described premises.

**4. Special Exclusions**

   The following provisions apply only to the specified Coverage Forms.

   **a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

   We will not pay for:

   **(1)** Any loss caused by or resulting from:

   **(a)** Damage or destruction of "finished stock"; or

   **(b)** The time required to reproduce "finished stock".

   This exclusion does not apply to Extra Expense.

   **(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

   **(3)** Any increase of loss caused by or resulting from:

   **(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

 © ISO Properties, Inc., 2007

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.,** Ordinance Or Law;

**(b)** Paragraph **B.1.c.,** Governmental Action;

**(c)** Paragraph **B.1.d.,** Nuclear Hazard;

**(d)** Paragraph **B.1.e.,** Utility Services; and

**(e)** Paragraph **B.1.f.,** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5. Additional Exclusion**

The following provisions apply only to the specified property.

**LOSS OR DAMAGE TO PRODUCTS**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

## C. Limitations

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

      However, this limitation does not apply to:

      (1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

      (2) Business Income Coverage or Extra Expense Coverage.

   e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a. Animals, and then only if they are killed or their destruction is made necessary.

   b. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      (1) Glass; or

      (2) Containers of property held for sale.

   c. Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

      However, this limitation does not apply:

      (1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

      (2) To Business Income Coverage or to Extra Expense Coverage.

3. The special limit shown for each category, **a.** through **d.**, is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

   a. $2,500 for furs, fur garments and garments trimmed with fur.

   b. $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   c. $2,500 for patterns, dies, molds and forms.

   d. $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

   These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

   This limitation, **C.3.**, does not apply to Business Income Coverage or to Extra Expense Coverage.

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

   **a.** Results in discharge of any substance from an automatic fire protection system; or

   **b.** Is directly caused by freezing.

   However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

## D. Additional Coverage – Collapse

The coverage provided under this Additional Coverage – Collapse applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

**1.** For the purpose of this Additional Coverage – Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**2.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

   **a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

   **b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

   **c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

   **d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

   **(1)** A cause of loss listed in **2.a.** or **2.b.;**

   **(2)** One or more of the "specified causes of loss";

   **(3)** Breakage of building glass;

   **(4)** Weight of people or personal property; or

   **(5)** Weight of rain that collects on a roof.

**3.** This **Additional Coverage – Collapse** does **not** apply to:

   **a.** A building or any part of a building that is in danger of falling down or caving in;

   **b.** A part of a building that is standing, even if it has separated from another part of the building; or

   **c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**4.** With respect to the following property:

   **a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

   **b.** Awnings, gutters and downspouts;

   **c.** Yard fixtures;

   **d.** Outdoor swimming pools;

   **e.** Fences;

   **f.** Piers, wharves and docks;

   **g.** Beach or diving platforms or appurtenances;

   **h.** Retaining walls; and

   **i.** Walks, roadways and other paved surfaces;

   if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.,** we will pay for loss or damage to that property only if:

   **(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

   **(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

   **a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.;**

   **b.** The personal property which collapses is inside a building; and

   **c.** The property which collapses is not of a kind listed in **4.,** regardless of whether that kind of property is considered to be personal property or real property.

   The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**6.** This Additional Coverage – Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage – Collapse will not increase the Limits of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage – Collapse as described and limited in **D.1.** through **D.7.**

**E. Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

   **a.** A "specified cause of loss" other than fire or lightning; or

   **b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

**2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

   **a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

   **b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

   **c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**5.** The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form or under the Additional Coverage – Collapse.

**6.** The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form.

© ISO Properties, Inc., 2007

a. If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

## F. Additional Coverage Extensions

### 1. Property In Transit

This Extension applies only to your personal property to which this form applies.

a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

b. Loss or damage must be caused by or result from one of the following causes of loss:

(1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

(2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

(3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

c. The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

### 2. Water Damage, Other Liquids, Powder Or Molten Material Damage

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

### 3. Glass

a. We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

b. We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension, **F.3.,** does not increase the Limit of Insurance.

## G. Definitions

1. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2. "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

(1) The cost of filling sinkholes; or

(2) Sinking or collapse of land into manmade underground cavities.

**b.** Falling objects does not include loss or damage to:

    **(1)** Personal property in the open; or

    **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.

© ISO Properties, Inc., 2007

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ASBESTOS MATERIAL EXCLUSION

**This policy does not insure loss or expense resulting from:**

1. Asbestos material removal unless the asbestos is itself damaged by a covered peril;

2. Demolition or increased cost of construction, repair, debris removal or loss of use necessitated by the enforcement of any law or ordinance regulation asbestos material;

3. Any governmental direction or request declaring that asbestos material present in or part of or utilized on any undamaged portion of the insured's property can no longer be used for the purpose for which it was intended or installed and must be removed or modified.

**All other terms and conditions of the policy remain unchanged.**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## CANCELLATION / NON-RENEWAL

This endorsement modifies insurance provided under the following:


COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL EXCESS LIABILITY COVERAGE PART
CONTRACTORS POLLUTION LIABILITY COVERAGE PART
OWNERS & CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
SITE SPECIFIC POLLUTION LIABILITY COVERAGE PART
TRANSPORTATION POLLUTION COVERAGE PART
SITE-SPECIFIC POLLUTION LEGAL LIABILITY POLICY
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL UMBRELLA COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART


If the cancellation and/or non-renewal requirements for the insured location are not shown in our policy, or notice requirements are other than shown in our policy, we will comply with those State requirements.

All other terms and conditions remain unchanged.

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLLY.

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## F. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## G. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:

   a. During the policy period shown in the Declarations; and

   b. Within the coverage territory.

2. The coverage territory is:

   a. The United States of America (including its territories and possessions);

   b. Puerto Rico; and

   c. Canada.

## H. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    a. Someone insured by this insurance;

    b. A business firm:

        (1) Owned or controlled by you; or

        (2) That owns or controls you; or

    c. Your tenant.

This will not restrict your insurance.


## I. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

    a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.


## J. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.


## K. EXAMINATION OF YOUR BOOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.


## L. INSPECTIONS AND SURVEYS

1. We have the right to:

    a. Make inspections and surveys at any time;

    b. Give you reports on the conditions we find; and

    c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

    a. Are safe or healthful; or

    b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**M. PREMIUMS**

The first Named Insured shown in the Declarations:

**1.** Is responsible for the payment of all premiums; and

**2.** Will be the payee for any return premiums we pay.

**N. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**O. KNOWLEDGE OR CONTROL**

We will not pay for loss or damage while the chance of loss or damage is increased by any means within your knowledge or control.

**P. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of covered property will benefit from this insurance.

**Q. STATEMENT OF VALUES:**

The first Named Insured is responsible for providing to us a revised "Statement of Values" for all Covered Property if:

1. You wish to add an additional Covered Property

2. The value of one or more Covered Property changes during the policy period.

You may at your option provide us with a revised "Statement of Values" at more frequent intervals, but not more than monthly, prior to a loss.

We shall review all revised "Statement of Values", and it is within our sole discretion whether to approve any additions to the list of Covered Property, or any increase in the value of any Covered Property. No changes in coverage shall be effective unless and until we have issued an endorsement reflecting approved changes to the "Statement of Values". In the event we agree to changes in the "Statement of Values", we shall recalculate your premium and adjust it pro rata for the remainder of the policy period.

IN THE EVENT OF A LOSS, OUR LIABILITY WILL BE CALCULATED BASED UPON THE MOST RECENT "STATEMENT OF VALUES" APPROVED BY US PRIOR TO THE DATE OF LOSS. Additionally, we shall have the right at any time to perform our own appraisal of the value of a Covered Property, and to adjust your premium and amend the "Statement of Values" if an amendment is warranted.

**R. LOSS TO A PAIR, SET OR PANELS**

In case of loss to a pair, set or panels, we may elect to:

1. Repair or replace any part to restore the pair, set or panels to its value before the loss;

2. Pay the difference between actual cash value of the property before and after the loss;

3. Pay in any loss involving part of a series of pieces or panels:

   a) The reasonable cost of repairing or replacing the damaged part to match the remainder as closely as possible; or

   b) The reasonable cost of providing an acceptable decorative effect or utilization as circumstances may warrant.

However, we do not guarantee the availability of replacements, and we will not be liable, in the event of damage to or loss of a part, for the value, repair or replacement of the entire series of pieces or panels.

**S. NOTICES AND CLAIM REPORTING**

**1.** Notices

   **a)** Except as otherwise indicated in this *policy*, all notices to the Company required by this *policy* from any insured shall be given in writing, de-

livered, by prepaid express courier, or by certi-
fied mail to:

> **Rockhill Underwriting Management**
> **700 West 47th Street, Suite 350**
> **Kansas City, MO  64112**

b)   If we must give to you any notice under this
*policy*, and the time period or method of deli-
very provided for such notice is established by
controlling law as a different period or method
of delivery than that set forth in this *policy*,
then the period or method of delivery set forth
in this *policy* shall be deemed to be amended
so as to be equal to the minimum period of
limitation or method of delivery established by
the controlling law.

2.   Claims

Except as otherwise indicated in this *policy*, all
notices to the Company required by this *policy*
from any insured shall be given in writing, de-
livered, by prepaid express courier, or by certi-
fied mail to:

> **Rockhill Insurance Company**
> **Attention Property Claims**
> **700 West 47th Street, Suite 350**
> **Kansas City, MO  64112**
>
> **Email notification:**
>   Rhnewpropertyclaims@rhkc.com
> **Fax notification:**
> 877-742-8762

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COMPUTER-RELATED EXCLUSION

**A.** We will not pay for the loss or damage caused directly or indirectly by the following.  Such loss or damage is excluded regardless of any other clause or event that contributes concurrently or in any sequence to the loss or damage.

　1.　We will not pay for loss or damage caused directly or indirectly by the following:

　　a.　Any functioning or malfunctioning of the internet or similar facility, or of any intranet or private network or similar facility.

　　b.　Any corruption, destruction, distortion, erasure or other loss or damage to data, software, or any kind of programming or instruction set.

　　c.　Loss of use or functionality, whether partial or entire, of data, coding, program, software, any computer or computer system or other device dependent upon any microchip or embedded logic, and any ensuing inability or failure of the insured to conduct business, as a result thereof.

　　d.　Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

　　e.　Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.a.** of this endorsement.

**B.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.** of this endorsement to correct any deficiencies or change any features.

**C.** We will not cover any loss, damage, cost, claim or expense, whether preventative, remedial or otherwise, directly or indirectly arising out of or relating to:

　1.　The calculation, comparison, differentiation, sequencing or processing of data involving the date change to the year 2000, or any other date change, including leap year calculations, by any computer system, hardware, program or software any/or any microchip, integrated circuit or similar device in computer equipment or non-computer equipment, whether the property of the Insured or not, or

　2.　Any change, alteration or modification involving the date change to the year 2000, or any other date change, including leap year calculations, to any such computer system, hardware, program or software and/or any microchip, integrated circuit or similar device in computer equipment or non-computer equipment, whether the property of the Insured or not.

This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to the loss, damage, cost, claim, or expense.

COMMERCIAL PROPERTY
CP 01 40 07 06

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other micro-organism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

1. Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

2. Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

© ISO Properties, Inc., 2006                   □

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## NOTICE OF SERVICE OF SUIT

In the event you feel that we have failed to pay a claim according to the terms of the policy, you may start "suit" against us. We will obey the order of any Court of competent jurisdiction within the United States and will comply with all requirements necessary to give the Court jurisdiction, and all such matters shall be determined according to the law and practice of the Court.

In any "suit" brought against us concerning your policy, we will abide by the final decision of the Court, including any appellate Court in the event of the appeal.

Service of Suit may be made upon the General Counsel of Rockhill Insurance Company, 700 W. 47th Street, Suite 350, Kansas City, MO 64112. He is authorized and directed to accept Service of Suit on our behalf and/or provide written notice that we will appear in Court, if "suit" is instituted.

If required by your state statutes, we hereby designate the Commissioner of Insurance, or any other officer specified by the statute, or his successors in office, as our true and lawful attorney for Service of Suit instituted by you, or on your behalf or on behalf of your beneficiary, in regard to your policy, and designated that such process should be mailed to the General Counsel of Rockhill Insurance Company at our address shown above.

All other terms, conditions and agreements remain unchanged.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## Nuclear, Chemical and Biological Exclusion Endorsement

The following exclusions are added to your Policy or Coverage Part.

This insurance does not apply to:

A.  Loss or Damage arising directly or indirectly from nuclear detonation, reaction, nuclear radiation or radioactive contamination, all whether controlled or uncontrolled, or due to any act of condition incident to any of the foregoing, whether such loss be direct or indirect, proximate or remote, or be in whole or in part caused by, contributed to, or aggravated by, any physical loss or damage insured against by this Policy or Coverage Part, however such nuclear detonation, reaction, nuclear radiation or radioactive contamination may have been caused.  This exclusion replaces any other nuclear detonation, nuclear reaction, nuclear radiation or radioactive contamination exclusions found elsewhere in this Policy.

B.  Loss or Damage arising directly or indirectly from the dispersal, application or release of, or exposure to, chemical or biological materials or agents, all whether controlled or uncontrolled, or due to any act or condition incident to any of the foregoing, whether such loss be direct or indirect, proximate or remote, or be in whole or in part caused by, contributed to, or aggravated by, any physical loss or damage insured against by this Policy or Coverage Part, however such dispersal, application, release or exposure may have been caused.

**All other terms and conditions of the policy remain unchanged.**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## OCCURRENCE LIMIT OF LIABILITY ENDORSEMENT

It is understood and agreed that the following special terms and conditions apply to this policy:

1.  The limit of liability or Amount of Insurance shown on the face of this policy, or endorsed onto this policy, is the total limit of the Company's liability applicable to each occurrence, as hereafter defined. Notwithstanding any other terms and conditions of this policy to the contrary, in no event shall the liability of the Company exceed this limit or amount irrespective of the number of locations involved.

    The term "occurrence" shall mean any one loss, disaster, casualty or series of losses, disasters, or casualties, arising out of one event first occurring in the policy period. When the term applies to loss or losses from the perils of tornado, cyclone, hurricane, windstorm, **tropical storm**, **named storm**, hail, flood, earthquake, volcanic eruption, riot, riot attending a strike, civil commotion, and vandalism and malicious mischief one event shall be construed to be all losses arising during a continuous period of 72 hours. When filing proof of loss, the Insured may elect the moment at which the 72 hour period shall be deemed to have commenced, which shall not be earlier than the first loss to the covered property occurs.

2.  The premium for this policy is based upon the Statement of Values on file with the Company, or attached to this policy. In the event of loss hereunder, liability of the Company, subject to the terms of paragraph one (1) above, shall be limited to the least of the following:

    a.  The actual adjusted amount of loss, less applicable deductible(s).
    b.  100 percent of the individually stated value for each scheduled item of property insured, as shown on the latest Statement of Values on file with the Company, less applicable deductible(s).
    c.  The limit of Liability or Amount of Insurance shown on the face of this policy or endorsed onto this policy.

**All other terms and conditions of the policy remain unchanged.**

NOTHING HEREIN SHALL BE HELD TO VARY, ALTER, WAIVE OR EXTEND ANY OF THE TERMS, CONDITIONS OR LIMITATIONS OF THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED OTHER THAN AS ABOVE STATED.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

### Pre-Existing Damage Endorsement

It is understood and agreed that this policy shall exclude any loss or damage directly or indirectly caused by, resulting from or contributed to by any pre-existing building damage at the time of the loss.

This Exclusion shall automatically be removed upon the completion of exterior building repairs which fully enclose the building.  Completion of the building enclosure repairs shall be evidenced by:

1) a signed letter from the licensed General Contractor stating such repairs are completed; and

2) a copy of a Certificate of Insurance from the General Contractor confirming General Liability coverage with a minimum limit of $1,000,000.  This Certificate of Insurance shall be on file with the agent.

**All other terms and conditions of the Policy remain unchanged.**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SEEPAGE AND/OR POLLUTION AND/OR CONTAMINATION EXCLUSION

This policy does not Insure:

1. Any loss, damage, cost or expense, or

2. Any increase in Insured loss, damage, cost or expense, or

3. Any loss, damage, cost, expense, fine or penalty, which is incurred, sustained or imposed by order, direction instruction or request of, or by any agreement with, any court, government agency or any public, civil or military authority, or threat thereof, (and whether or not as a result of public or private litigation),

4. Steps or measures taken in connection with the avoidance, prevention, abatement, mitigation, remediation, clean-up or removal of such seepage or pollution and/or contamination or threat thereof.

Which arises from any kind of seepage or any kind of pollution and/or contamination, or threat thereof, which is not caused by or resulting from a Covered Cause of Loss that occurs at a described premises during this policy period.

The term "any kind of seepage or any kind of pollution and/or contamination" as used in this endorsement includes (but is not limited to):

a. Seepage of, or pollution and/or contamination by anything, including but not limited to, any material designated as a "hazardous substance" by the United States Environmental Protection Agency or a "hazardous material" by the United States Department of Transportation, or defined as a "toxic substance" by the Canadian Environmental Protection Act for the purposes of part II of that act, or any substance designated or defined as toxic, dangerous, hazardous or deleterious to persons or the environment under any other federal, state, provincial, municipal or other law ordinance or regulation; and

b. the presence, existence, or release of anything which endangers or threatens to endanger the health, safety or welfare of persons or the environment.

**All Other Terms and Conditions Remain Unchanged**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## TOXIC MATERIALS ENDORSEMENT

This policy does not insure loss or expense resulting from the actual, alleged or threatened release or escape of any solid, liquid or gaseous material that is toxic or poisonous to humans or animals, ("toxic materials"), including but not limited to dioxin, polychlorinated biphenyls and lead.

This exclusion also applies to:

1.  The removal of toxic materials from any structure, fixture, item of personal property or product;

2.  Any demolition or increased cost of construction, repair, debris removal or loss of use necessitated by the enforcement of any law or ordinance regulating toxic materials;

3.  Any governmental direction or request declaring that toxic materials present in or part of or utilized on any undamaged portion of the insured's property can no longer be used for the purpose for which it was intended or installed and must be removed or modified.

This exclusion applies regardless of any other cause or event that contributes concurrently or in sequence to any such loss, damage or expense.

**All other terms and conditions of the policy remain unchanged.**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMERCIAL CONDOMINIUM ASSOCIATION ENHANCEMENT ENDORSEMENT

This endorsement modifies insurance provided under the following:

CONDOMINIUM ASSOCIATION COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
CAUSE OF LOSS FORM - SPECIAL

It is hereby understood and agreed that the following additional items are covered on the policy with these stated limits, which are included within, and are not in addition to the applicable limit of insurance shown in the Declarations.

| Coverage | Limit |
|---|---|
| Accounts Receivable | $100,000 |
| Civil Authority | $250,000 |
| Debris Removal (25% of Direct Loss) | $2,500,000 |
| Electronic Media & Data | $50,000 |
| Extended Period of Indemnity | 180 Days |
| Extra/Expediting Expense | $25,000 |
| Fine Arts | $10,000 |
| Fire Department Service Charge | $10,000 |
| Fire Extinguisher Recharge | $5,000 |
| Limited Fungus/Wet Rot (Aggregate) | $100,000 |
| Lost Key Consequential Loss | $2,500 |
| Newly Acquired Property | $500,000; 60 days |
| Off Premises Power Interruption | $25,000 |
| Outdoor Property (Fence, Radio/TV, Antennas/Satellite Dishes) | $50,000 |
| Outdoor Property (Trees, Shrubs or Plants) | $20,000 (Max per tree $1,500) |
| Outdoor Sign | $25,000 |
| Personal Effects and Property of Others | $100,000 ($10,000 per person) |
| Pollution Cleanup (Aggregate) 180 days reporting | $25,000 |
| Property in Transit | $25,000 |
| Sewer/Drain Backup | $25,000 |
| Valuable Papers and Records (Other than Electronic Data) | $100,000 |

The coverage provided by this endorsement:
1. Applies to the described premise(s) listed on the Commercial Property Coverage Part Declarations;
2. Is not subject to coinsurance;
3. Coverage will be provided at the Limit section shown in the table above, unless "No Coverage" is indicated.

**Accounts Receivable**
Under the Condominium Association Coverage Form, **g.** is added to Section **A.5.** Coverage Extensions,

**g. Accounts Receivable**
You may extend the insurance which applies to your Business Personal Property to apply to:
  a. All amounts due from your customers that you are unable to collect;
  b. Interest charges on any loan required to offset amounts you are unable to collect ending our payment of these amounts;
  c. Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and
  d. Other reasonable expenses that you incur to reestablish your records of accounts receivable; that result from Covered Causes of Loss to your records of accounts Receivable.

**Civil Authority**
Under the Business Income (And Extra Expense) Coverage Form under paragraph **A.5.a.**, the limit shown in the schedule is added.

**Debris Removal Additional Expense**
Under the Condominium Association Coverage Form, the additional Limit of Insurance shown in Subparagraph **A.4.a(4)** of the Debris Removal Additional Coverage is deleted and replaced by that shown in the above schedule.

**Electronic Media & Data**
Under the Condominium Association Coverage Form, the $2,500 Limit of Insurance in Subparagraph **A.4.e.(4)** of the Electronic Data Additional Coverage is deleted and replaced with the limit shown above.

**Extended Period Of Indemnity**
The Business Income (and Extra Expense) Coverage form, Optional Coverage paragraph **E.4.** is amended to read as follows:
Under Paragraph **A.5.c.**, Extended Business Income, the number of days shown in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number shown in the schedule of sublimits section stated above within this endorsement.

**Extra/Expediting Expense**
You may extend this coverage to apply to your reasonable and necessary costs which you incur for temporary repair, as well as cost to expedite the permanent repair or replacement of your covered property which was damaged by an insured peril. This additional coverage does not cover costs which are recoverable under any other coverage clause within the policy, any costs with respect to property which is not covered by this policy, or to the costs of permanent repair or replacement of damaged insured or uninsured property.

**Fine Arts**
You may extend the insurance that applies to Your Business Personal Property under the Condominium Association Coverage Form to apply to loss or damage to fine arts. This extension applies to direct physical loss or damage to Fine Arts caused by a Covered Cause of Loss including fine arts while:

  1. Temporarily on display or exhibit away from the described premises; or
  2. In transit between the described premises and a location where the fine arts will be temporarily on display or exhibit.

However, this Extension does not apply to loss or damage to contraband or property in the course of illegal transportation or trade.

We will determine the value of fine arts under this extension, in the event of loss or damage at the market value at the time of loss or damage.

The most we will pay is the limit shown above, subject to the All Other Perils deductible.

**Fire Department Service Charge**
Under the Condominium Association Coverage Form, the $1,000 Limit of Insurance in the lead-to Subparagraph **A.4.c.** of the Fire Department Service Charge Additional Coverage is deleted and replaced with the limit shown above. No deductible applies to this Additional Coverage.

**Fire Extinguisher Recharge**
We will pay for the loss and disposal of fire extinguishing materials expended for other than portable fire extinguishers. The most we will pay

is the limit shown above, subject to the All Other Perils deductible.

**Limited Coverage for "Fungus", Wet Rot, Dry Rot and Bacteria**
Under the Causes of Loss - Special Coverage Form, the $15,000 Limit of Insurance in Subparagraph **E.3.** Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot and Bacteria, is deleted and replaced with the limit shown above.

**Lost (Or Theft Of) Keys Consequential Loss**
We will pay for the loss or theft of keys to your premises. The coverage for lost or theft of keys applies only to:
1. The actual cost of the keys;
2. Adjustment of locks to accept new keys; and
3. The cost of new locks, including the cost of their installation.

The most we will pay is the limit shown above, subject to the All Other Perils deductible.

**Newly Acquired Property**
Under the Condominium Association Coverage Form, the $250,000 Limit of Insurance in Subparagraph **A.5.a (1)** of the Newly Acquired or Constructed Property – Buildings Coverage Extension is deleted and replaced with the limit shown above. In Section **A.5.a (3)(b)** Period of Coverage, the reference to 30 days is replaced by that shown in the schedule.

**Off-Premises Power Interruption**
As an additional coverage to the Business Income (And Extra Expense) Coverage Form, we will pay for loss of Business Income and Extra Expense at the described premises caused by the interruption of power service to the described premises. The Interruption must result from direct physical loss or damage by a Covered Cause of Loss not on the insured's premises as reflected in the Schedule of locations.

Power Supply Services, includes the following types of property supplying electricity, steam or gas to the described premises:
    Utility generating plants
    Switching stations
    Substations
    Transformers
    Transmission Lines (Not to include Overhead transmission lines with the

exception of those within 1000 feet of the described premises)

**Outdoor Property- (Fences, Radio and Television Antennas - including satellite Dishes)**
Under the Condominium Association Coverage Form, Outdoor Property **A.5.e.**, the Covered Causes of Loss are amended to reflect:
    (1) Fire;
    (2) Lightning;
    (3) Explosion;
    (4) Riot or Civil Commotion;
    (5) Aircraft; or
    (6) Wind

Coverage is provided for Outdoor Property for these perils for the limit indicated in the Outdoor Property Coverage Extension schedule.

**Outdoor Property- (Trees, Shrubs, or Plants)**
Under the Condominium Association Coverage Form, the $1,000/$250 Limit of Insurance in Subparagraph **A.5.e.** of the Outdoor Property Coverage Extension is deleted and replaced with the limit shown in the schedule. The perils insured against are amended as shown:
    (1) Fire;
    (2) Lightning;
    (3) Explosion;
    (4) Riot or Civil Commotion;
    (5) Aircraft; or
    (6) Wind

**Outdoor Signs**
Under the Condominium Association Coverage Form, the $2,500 Limit of Insurance in Paragraph **C.** Limits of Insurance, is deleted and replaced with the limit shown above.

**Personal Effects and Property of Others**
Under the Condominium Association Coverage Form, the $2,500 Limit of Insurance in Subparagraph **A.5.b.** of the Personal Effects and Property of Others Coverage Extension is deleted and replaced with the limit shown above.

**Pollutant Clean-Up And Removal**
Under the Condominium Association Coverage Form, the $10,000 Limit of Insurance in Subparagraph **A.4.d.** of the Pollutant Clean-Up and Removal Additional Coverage is deleted and replaced with the limit shown above.

**Property in Transit**
Under the Causes of Loss - Special Coverage
Form, the $5,000 Limit of Insurance in
Subparagraph **F.1.c** Property in Transit
Coverage extension is deleted and replaced with
the limit shown above.

**Sewers/Drain Backup**
We will pay, under this Additional Coverage, for
direct physical loss of or damage to Covered
Property at the premises described in the
Declarations caused by water that backs up
from sewers or drains. For purposes of this
Additional Coverage only, Subparagraph
**B.1.g.(3)** of the Causes of Loss – Special Form
is deleted in its entirety.

The most we will pay for loss or damage under
this Additional Coverage is the limit shown
above, subject to the All Other Perils deductible.

The limited coverage for water that backs up
from sewers or drains does not constitute a
Covered Cause of Loss under the Business
Income (And Extra Expense) Coverage Form, or
any other coverage forms issued by us, and
exclusion **B.1.g.** Water in the Causes of Loss –
Special Form continues to apply to all such
Coverage Forms.

**Valuable Papers and Records (Other than
Electronic Data**
Under the Condominium Association Coverage
Form, **A.5. c.,** Valuable Papers and Records
(Other Than Electronic Data), the limit shown in
paragraph (4) is deleted and replaced by the
limit shown in the schedule.

**All Other Terms and Conditions Remain Unchanged**

POLICY NUMBER: RCPPRU000140-00

**COMMERCIAL PROPERTY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ORDINANCE OR LAW COVERAGE-
# OPTIONAL COMBINED LIMITS

**SCHEDULE***

| Bldg. No./ Prem. No | Cov. A | Cov. B Limit of Insur. | Cov. C Limit of Insur. | Cov. A, B, and C Combined Limit Of Insur. | Cov. B and C Combined Limit of Insur. |
|---|---|---|---|---|---|
| **All / All** | ☒ | $ | $ | $        ** | $   1,000,000 |
| / | ☐ | $ | $ | $        ** | $        ** |
| / | ☐ | $ | $ | $        ** | $        ** |

*Information required to complete the Schedule, if not shown on this endorsement, will be shown in the Declarations.
**Do not enter a Combined Limit of Insurance if individual Limits of Insurance are selected for Coverages A, B and C, or if one of these Coverages is not applicable.

**A. Each Coverage – Coverage A, Coverage B and Coverage C** – is provided under this endorsement only if that Coverage(s) is chosen by entry in the above Schedule and then only with respect to the building identified for that Coverage(s) in the Schedule.

**B. Application Of Coverage(s)**

The Coverage(s) provided by this endorsement apply only if both **B.1.** and **B.2.** are satisfied and are then subject to the qualifications set forth in **B.3.**

1. The ordinance or law:
   a. Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and
   b. Is in force at the time of loss.

But coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.

2. a. The building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or
   b. The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.
   c. But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this endorsement even if the building has also sustained covered direct physical damage.

3. In the situation described in **B.2.b.** above, we will not pay the full amount of loss otherwise payable under the terms of Coverages **A, B,** and/or **C** of this endorsement. Instead, we will pay a proportion of such loss, meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

(Section **H.** of this endorsement provides an example of this procedure.)

However, if the covered direct physical damage, alone, would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverages **A, B** and/or **C** of this endorsement.

**C.** We will not pay under Coverage **A, B** or **C** of this endorsement for:

**1.** Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**2.** The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**D. Coverage**

**1. Coverage A – Coverage For Loss To The Undamaged Portion Of The Building**

With respect to the building that has sustained covered direct physical damage, we will pay under Coverage **A** for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

Coverage **A** is included within the Limit of Insurance shown in the Declarations as applicable to the covered building. Coverage **A** does not increase the Limit of Insurance.

**2. Coverage B – Demolition Cost Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

Coverage **B** is included within the Limit of Insurance shown in the Declarations as applicable to the Demolition coverage. Coverage **B** does not increase the Limit of Insurance.

The Coinsurance Additional Condition does not apply to Demolition Cost Coverage.

**3. Coverage C – Increased Cost Of Construction Coverage**

**a.** With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

**(1)** Repair or reconstruct damaged portions of that building; and/or

**(2)** Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.

However:

**(1)** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

**(2)** We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

Coverage **C** is included within the Limit of Insurance shown in the Declarations as applicable to the Increased Cost of Construction Coverage. Coverage **C** does not increase the Limit of Insurance.

The Coinsurance Additional Condition does not apply to Increased Cost of Construction Coverage.

**b.** When a building is damaged or destroyed and Coverage **C** applies to that building in accordance with **3.a.** above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in **3.a.:**

**(1)** The cost of excavations, grading, backfilling and filling;

**(2)** Foundation of the building;

**(3)** Pilings; and

**(4)** Underground pipes, flues and drains.

The items listed in **b.(1)** through **b.(4)** above are deleted from Property Not Covered, but only with respect to the coverage described in this Provision, **3.b.**

**E. Loss Payment**

**1.** All following loss payment Provisions, **E.2.** through **E.6.,** are subject to the apportionment procedures set forth in Section **B.3.** of this endorsement.

**2.** When there is a loss in value of an undamaged portion of a building to which Coverage **A** applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

**a.** If the Replacement Cost Coverage Option applies and the property is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

**(1)** The amount you would actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

**(2)** The Limit of Insurance shown in the Declarations as applicable to the covered building.

**b.** If the Replacement Cost Coverage Option applies and the property is **not** repaired or replaced, or if the Replacement Cost Coverage Option does **not** apply, we will not pay more than the lesser of:

**(1)** The actual cash value of the building at the time of loss; or

**(2)** The Limit of Insurance shown in the Declarations as applicable to the covered building.

**3.** Unless Paragraph **E.5** or **E.6.** applies, loss payment under Coverage **B** – Demolition Cost Coverage will be determined as follows:

We will not pay more than the lesser of the following:

**a.** The amount you actually spend to demolish and clear the site of the described premises; or

**b.** The applicable Limit of Insurance shown for Coverage **B** in the Schedule above.

**4.** Unless Paragraph **E.5.** or **E.6.** applies, loss payment under Coverage **C** – Increased Cost of Construction Coverage will be determined as follows:

**a.** We will not pay under Coverage **C**:

**(1)** Until the property is actually repaired or replaced, at the same or another premises; and

**(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**b.** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage **C** is the lesser of:

**(1)** The increased cost of construction at the same premises; or

**(2)** The applicable Limit of Insurance shown for Coverage **C** in the Schedule above.

**c.** If the ordinance or law requires relocation to another premises, the most we will pay under Coverage **C** is the lesser of:

**(1)** The increased cost of construction at the new premises; or

**(2)** The applicable Limit of Insurance shown for Coverage **C** in the Schedule above.

**5.** If a **Combined** Limit of Insurance is shown for Coverages **A**, **B** and **C** in the Schedule above, Paragraphs **E.2.**, **E.3.** and **E.4.** of this endorsement do not apply with respect to the building that is subject to the Combined Limit, and the following loss payment provisions apply instead:

The most we will pay, for the total of all covered losses for Covered Loss to Undamaged Portion of the Building, Demolition Cost and Increased Cost of Construction, is the Combined Limit of Insurance shown for Coverages **A**, **B** and **C** in the Schedule above. Subject to this Combined Limit of Insurance, the following loss payment provisions apply:

**a.** With respect to Covered loss to Undamaged Portion of The Building:

(1) If the Replacement Cost Coverage Option applies and the property is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

(a) The amount you would actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured;

(b) The Combined Limit shown in the Schedule.

(2) If the Replacement Cost Coverage Option applies and the property is not repaired or replaced, or if the Replacement Cost Coverage Option does not apply, we will not pay more than the lesser of:

(a) The actual cash value of the building at the time of loss; or

(b) The Combined Limit shown in the Schedule.

**b.** For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

**c.** With respect to the Increased Cost of Construction:

(1) We will not pay for the increased cost of construction:

(a) Until the property is actually repaired or replaced, at the same or another premises; and

(b) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(2) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

**6.** If a **Combined** Limit of Insurance is shown for Coverages **B** and **C** in the Schedule above, Paragraphs **E.3.** and **E.4.** of this endorsement do not apply with respect to the building that is subject to the Combined Limit, and the following loss payment provisions apply instead:

The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost of Construction, is the Combined Limit of Insurance shown for Coverages **B** and **C** in the Schedule above. Subject to this Combined Limit of Insurance, the following loss payment provisions apply:

**a.** For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

**b.** With respect to the Increased Cost of Construction:

(1) We will not pay for the increased cost of construction:

(a) Until the property is actually repaired or replaced, at the same or another premises; and

(b) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(2) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

(3) If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

**F.** The terms of this endorsement apply separately to each building to which this endorsement applies.

**G.** Under this endorsement we will not pay for loss due to any ordinance or law that:

**1.** You were required to comply with before the loss, even if the building was undamaged; and

**2.** You failed to comply with.

**H.** Example of Proportionate Loss Payment for Ordinance Or Law Coverage Losses (procedure as set forth in Section **B.3.** of this endorsement.)

Assume:

● Wind is a Covered Cause of Loss; Flood is an excluded Cause of Loss

● The building has a value of $200,000

● Total direct physical damage to building: $100,000

● The ordinance or law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value

● Portion of direct physical damage that is covered (caused by wind): $30,000

● Portion of direct physical damage that is not covered (caused by flood): $70,000

● Loss under Ordinance Or Law Coverage **C** of this endorsement: $60,000

Step **1:**

Determine the proportion that the covered direct physical damage bears to the total direct physical damage.

$30,000 ÷ $100,000 = .30

Step **2:**

Apply that proportion to the Ordinance or Law loss.

$60,000 x .30 = $18,000

In this example, the most we will pay under this endorsement for the Coverage **C** loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

**Note:** The same procedure applies to losses under Coverages **A** and **B** of this endorsement.

**I.** The following definition is added:

"Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

POLICY NUMBER: RCPPRU000140-00

**COMMERCIAL PROPERTY**
**SP 21 70 09 10**

# COMMERCIAL PROPERTY COVERAGE PART
# EQUIPMENT BREAKDOWN COVERAGE SCHEDULE

*Equipment Breakdown is subject to the Limits of Insurance shown in the Declarations except as specifically shown below.*

*These coverages apply to all locations covered on the policy, unless otherwise specified.*

| Coverages | Limits |
|---|---|
| Equipment Breakdown Limit | $10,000,000 |
| Business Income | $N/A |
| Extra Expense | $N/A |
| Expediting Expenses | $50,000 |
| Hazardous Substances | $50,000 |
| Spoilage | $50,000 |
| Data Restoration | $50,000 |
| Service Interruption | $N/A |

## Deductibles

| | |
|---|---|
| Combined, All Coverages | $5,000 |
| Direct Coverages | $ |
| Indirect Coverages | $<br>or_____hrs.<br>or_____times ADV |
| Spoilage | $<br>or____% of loss, $___minimum |

## Other Conditions

POLICY NUMBER: RCPPRU000140-00

**COMMERCIAL PROPERTY**
**SP 21 69 09 10**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EQUIPMENT BREAKDOWN COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS-- BASIC FORM
CAUSES OF LOSS-- BROAD FORM
CAUSES OF LOSS-- SPECIAL FORM

A.    The following is added as an Additional Coverage to the Causes of Loss—Basic Form, Broad Form or Special Form.

**Additional Coverage--Equipment Breakdown**
The term Covered Cause of Loss includes the Additional Coverage Equipment Breakdown as described and limited below.

1.    We will pay for direct physical damage to Covered Property that is the direct result of an "accident." As used in this Additional Coverage, "accident" means a fortuitous event that causes direct physical damage to "covered equipment." The event must be one of the following:

a.    mechanical breakdown, including rupture or bursting caused by centrifugal force;

b.    artificially generated electrical, magnetic or electromagnetic energy, including electric arcing, that damages, disturbs, disrupts or otherwise interferes with any electrical or electronic wire, device, appliance, system or network;

c.    explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

d.    loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment;  or

e.    loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

2.    Unless otherwise shown in a Schedule, the following coverages also apply to the direct result of an "accident." These coverages do not provide additional amounts of insurance.

a.    Expediting Expenses
With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

(1)    make temporary repairs; and
(2)    expedite permanent repairs or permanent replacement.

The most we will pay for loss or expense under this coverage is $50,000 unless otherwise shown in a Schedule.

b.    Hazardous Substances
We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance." This includes the additional expenses to clean up or dispose of such property.
This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in 2.c.(1)(b) below. As used in this coverage, additional costs mean those beyond what would have been payable

POLICY NUMBER: RCPPRU000140-00

**COMMERCIAL PROPERTY**
**SP 21 69 09 10**

under this Equipment Breakdown Coverage had no "hazardous substance" been involved.

The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $50,000 unless otherwise shown in a Schedule.

c.   Spoilage
    (1)   We will pay:
        (a)   for physical damage to "perishable goods" due to spoilage;
        (b)   for physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia;
        (c)   any necessary expenses you incur to reduce the amount of loss under this coverage to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.
    (2)   If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident," less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Valuation condition.

The most we will pay for loss, damage or expense under this coverage is $50,000 unless otherwise shown in a Schedule.

d.   Data Restoration
We will pay for your reasonable and necessary cost to research, replace and restore lost "data."

The most we will pay for loss or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $50,000 unless otherwise shown in a Schedule.

e.   Service Interruption
    (1)   Any insurance provided for Business Income, Extra Expense or Spoilage is extended to apply to your loss, damage or expense caused by the interruption of utility services. The interruption must result from an "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.
    (2)   We will not pay for any loss of Business Income you sustain that results from the interruption of utility services during the first 24 hours following the "accident." However, if a deductible is shown in a Schedule as provided for in paragraph B.1. below, or if the "period of restoration" begins more than 24 hours after the time of the direct physical damage for Business Income, then that deductible or time period will apply instead of the 24 hours provided for in this paragraph.
    (3)   The most we will pay in any "one accident" for loss, damage or expense under this coverage is the applicable limit for Business Income, Extra Expense or Spoilage, except that if a limit is shown in a Schedule for Service Interruption, that limit will apply to Business Income and Extra Expense loss under this coverage.

f.   Business Income and Extra Expense

POLICY NUMBER: RCPPRU000140-00

**COMMERCIAL PROPERTY**
**SP 21 69 09 10**

Any insurance provided under this coverage part for Business Income or Extra Expense is extended to the coverage provided by this endorsement. However, if a deductible is shown in a Schedule, then as respects Equipment Breakdown coverage, the "period of restoration" will begin immediately after the "accident," and the deductible shown in the Schedule will apply. The most we will pay for loss or expense under this coverage is the applicable limit for Business Income and Extra Expense, unless otherwise shown in a Schedule.

3. EXCLUSIONS
   All exclusions in the Causes of Loss form apply except as modified below and to the extent that coverage is specifically provided by this Additional Coverage Equipment Breakdown.
   a. The following exclusions are modified:
      (1) If the Causes of Loss -- Basic Form or Causes of Loss -- Broad Form applies, the following is added to Exclusion B.2.:
          Depletion, deterioration, corrosion, erosion, wear and tear, or other gradually developing conditions. However, if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident."
      (2) The following is added to Exclusion B.1.g.:
          However, if electrical "covered equipment" requires drying out because of Water as described in g.(1) through g.(3) above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies.
      (3) If the Causes of Loss—Special Form applies, as respects this endorsement only, the last paragraph of Exclusion B.2.d. is deleted and replaced with the following:
          But if an excluded cause of loss that is listed in 2.d.(1) through (7) results in an "accident," we will pay for the loss, damage or expense caused by that "accident."
   b. The following exclusions are added:
      (1) We will not pay for loss, damage or expense caused by or resulting from:
          (a) a hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment; or
          (b) any of the following:
              (i) defect, programming error, programming limitation, computer virus, malicious code, loss of "data," loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind; or
              (ii) misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.
              However, if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident."
      (2) With respect to Service Interruption coverage, we will also not pay for an "accident" caused by or resulting from: fire; lightning; windstorm or hail; explosion (except as specifically provided in A.1.c. above); smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling

POLICY NUMBER: RCPPRU000140-00

**COMMERCIAL PROPERTY**
**SP 21 69 09 10**

> objects; weight of snow, ice or sleet; freezing; collapse; flood or earth movement.

    (3)    With respect to Business Income, Extra Expense and Service Interruption coverages, we will also not pay for any increase in loss resulting from an agreement between you and your customer or supplier.

    (4)    We will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident": Any mold, fungus, mildew or yeast, including any spores or toxins produced by or emanating from such mold, fungus, mildew or yeast. This includes, but is not limited to, costs arising from clean up, removal, or abatement of such mold, fungus, mildew or yeast, spores or toxins. However, this exclusion does not apply to spoilage of personal property that is "perishable goods," to the extent that spoilage is covered under Spoilage coverage.

    (5)    We will not pay for any loss or damage to animals.

4.    **DEFINITIONS**

The following definitions are added:

a.    "Boilers and vessels" means:

    (1)    Any boiler, including attached steam, condensate and feedwater piping; and

    (2)    Any fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents.

This term does not appear elsewhere in this endorsement, but may appear in a Schedule.

b.    "Covered equipment"

    (1)    "Covered equipment" means, unless otherwise specified in a Schedule, Covered Property:

        (a)    that generates, transmits or utilizes energy, including electronic communications and data processing equipment; or

        (b)    which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

    (2)    None of the following is "covered equipment":

        (a)    structure, foundation, cabinet, compartment or air supported structure or building;

        (b)    insulating or refractory material;

        (c)    sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;

        (d)    water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

        (e)    "vehicle" or any equipment mounted on a "vehicle";

        (f)    satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

        (g)    dragline, excavation or construction equipment; or

        (h)    equipment manufactured by you for sale.

c.    "Data" means information or instructions stored in digital code capable of being processed by machinery.

d.    "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

e.    "Media" means material on which "data" is recorded, such as magnetic tapes, hard disks, optical disks or floppy disks.

POLICY NUMBER: RCPPRU000140-00

**COMMERCIAL PROPERTY**
**SP 21 69 09 10**

    f.    "One accident" means: If an initial "accident" causes other "accidents," all will be considered "one accident." All "accidents" that are the result of the same event will be considered "one accident."

    g.    "Perishable goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

    h.    "Production machinery" means any machine or apparatus that processes or produces a product intended for eventual sale. However, "production machinery" does not mean any fired or unfired pressure vessel other than a cylinder containing a movable plunger or piston.
        This term does not appear elsewhere in this endorsement, but may appear in a Schedule.

    i.    "Vehicle" means, as respects this endorsement only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to, car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester.
        However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source will not be considered a "vehicle."

B.    The Building and Personal Property Coverage Form, Condominium Association Coverage Form, and Condominium Commercial Unit-Owners Coverage Form are modified as follows.
The definitions stated above also apply to section B. of this endorsement.

    1.    **DEDUCTIBLE**
        The deductible in the Declarations applies unless a separate Equipment Breakdown deductible is shown in a Schedule. If a separate Equipment Breakdown deductible is shown, the following applies.
        Only as regards Equipment Breakdown Coverage, provision D. DEDUCTIBLE is deleted and replaced with the following:

        a.    Deductibles for Each Coverage
            (1)    Unless the Schedule indicates that your deductible is combined for all coverages, multiple deductibles may apply to any "one accident."
            (2)    We will not pay for loss, damage or expense under any coverage until the amount of the covered loss, damage or expense exceeds the deductible amount indicated for that coverage in the Schedule. We will then pay the amount of loss, damage or expense in excess of the applicable deductible amount, subject to the applicable limit.
            (3)    If deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any "one accident," only the highest deductible for each coverage will apply.

        b.    Direct and Indirect Coverages
            (1)    Direct Coverages Deductibles and Indirect Coverages Deductibles may be indicated in the Schedule.
            (2)    Unless more specifically indicated in the Schedule:
                (a)    Indirect Coverages Deductibles apply to Business Income and Extra Expense loss; and
                (b)    Direct Coverages Deductibles apply to all remaining loss, damage or expense covered by this endorsement.

        c.    Application of Deductibles
            (1)    Dollar Deductibles

POLICY NUMBER: RCPPRU000140-00

**COMMERCIAL PROPERTY**
**SP 21 69 09 10**

We will not pay for loss, damage or expense resulting from any "one accident" until the amount of loss, damage or expense exceeds the applicable Deductible shown in the Schedule. We will then pay the amount of loss, damage or expense in excess of the applicable Deductible or Deductibles, up to the applicable Limit of Insurance.

(2)  Time Deductible

If a time deductible is shown in the Schedule, we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident." If a time deductible is expressed in days, each day shall mean twenty-four consecutive hours.

(3)  Multiple of Average Daily Value (ADV)

If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income coverage that is part of this policy) that would have been earned during the period of interruption of business had no "accident" occurred, divided by the number of working days in that period. No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the "period of restoration."

The number indicated in the Schedule will be multiplied by the ADV as determined above. The result shall be used as the applicable deductible.

(4)  Percentage of Loss Deductibles

If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage or expense (prior to any applicable deductible or coinsurance) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

2.  **CONDITIONS**

The following conditions are in addition to the Conditions in the Building and Personal Property Coverage Form, Condominium Association Coverage Form, Condominium Commercial Unit-Owners Coverage Form, the Commercial Property Conditions and the Common Policy Conditions.

a.  Suspension

Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "covered equipment." This can be done by mailing or delivering a written notice of suspension to:

(1)  your last known address; or

(2)  the address where the "covered equipment" is located.

Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment." If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of

POLICY NUMBER: RCPPRU000140-00

**COMMERCIAL PROPERTY**
**SP 21 69 09 10**

suspension. But the suspension will be effective even if we have not yet made or offered a refund.

b.   Jurisdictional Inspections

If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

c.   Environmental, Safety and Efficiency Improvements

If "covered equipment" requires replacement due to an "accident," we will pay your additional cost to replace with equipment that is better for the environment, safer or more efficient than the equipment being replaced.

However, we will not pay more than 125% of what the cost would have been to replace with like kind and quality. This condition does not increase any of the applicable limits. This condition does not apply to any property to which Actual Cash Value applies.

d.   Coinsurance

If a coinsurance percentage is shown in a Schedule for specified coverages, the following condition applies.

We will not pay for the full amount of your loss if the applicable limit is less than the product of the specified coinsurance percentage times the value of the property subject to the coverage at the time of the loss. Instead, we will determine what percentage this calculated product is compared to the applicable limit and apply that percentage to the gross amount of loss. We will then subtract the applicable deductible. The resulting amount, or the applicable limit, is the most we will pay. We will not pay for the remainder of the loss. Coinsurance applies separately to each insured location.

The most we will pay for loss, damage or expense under this endorsement arising from any "one accident" is the applicable Limit of Insurance in the Declarations unless otherwise shown in a Schedule. Coverage provided under this endorsement does not provide an additional amount of insurance.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

# MANUSCRIPT COVERAGE ENDORSEMENT

**THIS CHANGE AMENDS POLICY #RCHBRU000140-00**

Policy form RHIC 7081 (01/17) is amended to delete the "Sinkhole" Exlusion paragraphs in their entirety, and which are replaced with the following clause:

"Sinkhole" is added as a covered perils subject to a per occurrence sublimit of **$10,000**. "Sinkhole" means loss or damage to Covered Property when "structural damage" to the covered building, including the foundation, is caused by settlement or systematic weakening of the earth supporting the covered building, only if the settlement or systematic weakening results from contemporaneous movement or raveling of soils, sediments or rock materials into subterranean voids created by the effect of water on a limestone or similar rock formation.

This endorsement does not amend the coverage provided by "Catastrophic Ground Collapse" as detailed in form RHIC 7081 (01/17)

IL 01 75 09 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES – LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

> CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> EQUIPMENT BREAKDOWN COVERAGE PART
> FARM COVERAGE PART

The following replaces the second paragraph of the **Legal Action Against Us** Condition:

**LEGAL ACTION AGAINST US**

Legal action against us involving direct physical loss or damage to property must be brought within 5 years from the date the loss occurs.

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law.  This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes.  (See instructions for completion.)

---

I.    **CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>SEVENTEENTH</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>THE TOWNHOUSES OF EMERALD HILLS INC</u>
 Plaintiff
        vs.
<u>ROCKHILL INSURANCE COMPANY</u>
Defendant

---

II.    **TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999

- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☒ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III. **REMEDIES SOUGHT** (check all that apply):
- ☒ Monetary;
- ☐ Non-monetary declaratory or injunctive relief;
- ☐ Punitive

IV. **NUMBER OF CAUSES OF ACTION: (    )**
(Specify)

    <u>1</u>

V. **IS THIS CASE A CLASS ACTION LAWSUIT?**
- ☐ Yes
- ☒ No

VI. **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
- ☒ No
- ☐ Yes – If "yes" list all related cases by name, case number and court:

VII. **IS JURY TRIAL DEMANDED IN COMPLAINT?**
- ☒ Yes
- ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature <u>s/ Michael D. Leader</u>    FL Bar No.: <u>343950</u>
      Attorney or party                       (Bar number, if attorney)

    <u>Michael D. Leader</u>    <u>07/22/2019</u>
      (Type or print name)             Date

IN THE CIRCUIT COURT FOR THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARDCOUNTY, FLORIDA

THE TOWNHOUSES OF,                          CASE NO.:
EMERALD HILLS, INC.

      Plaintiff,

vs

ROCKHILL INSURANCE COMPANY,

      Defendant.

_____/

## NOTICE OF DESIGNATION OF EMAIL ADDRESSES

PLEASE TAKE NOTICE that the following e-mail addresses are to be used for

mandatory electronic service to Florida Rules of Judicial Administration, Rule 2.516.

Primary E-Mail Address: mleader@leader-law.com

Secondary E-Mail Address: service@leader-law.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to

Chief Financial Advisor, 200 E. Gaines Street, Tallahassee, Florida 32399 with the Summons and

Complaint.

LEADER, LEADER & ZUCKER, PLLC
Attorneys for Plaintiff
633 South Andrews Avenue
Suite 201
Fort Lauderdale, FL   33301
(954) 523-2020 - Telephone
(954) 523-2525 - Facsimile
Primary Service E-Mail: mleader@leader-law.com
Secondary Service E-Mail: service@leader-law.com

BY:    /s/Michael D. Leader
       MICHAEL D. LEADER, ESQ.
       Florida Bar No: 343950
       SCOTT R. ZUCKER, ESQ.
       Florida Bar No.: 71301

IN THE CIRCUIT COURT FOR THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

THE TOWNHOUSES OF                                    CASE NO.:
EMERALD HILLS, INC.

       Plaintiff,

vs

ROCKHILL INSURANCE COMPANY,

       Defendant.

_____/

## NOTICE OF UNAVAILABILITY

PLEASE TAKE notice that counsel for the Plaintiff, THE TOWNHOUSES OF EMERALD HILLS, INC., will be unavailable during the periods commencing March 19-April 2, 2019; April 11-12, 2019; May 24-28, 2019; June 5-7, 2019; July 5-9, 2019; August 7-12, 2019; August 30-September 3, 2019; September 11-16, 2019; September 30, 2019; October 8-14, 2019; October 18-23, 2019; December 22, 2019 through January 3, 2020. The undersigned respectfully requests that no hearings be set, discovery sought nor other matters undertaken in the above-styled case during the time set forth herein.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via Chief Financial Advisor, 200 E. Gaines Street, Tallahassee, Florida 32399 with the Summons and Complaint.

LEADER, LEADER & ZUCKER, PLLC
Attorneys for Plaintiff
633 South Andrews Avenue
Suite 201
Fort Lauderdale, FL   33301
(954) 523-2020 - Telephone
(954) 523-2525 - Facsimile
Primary Service E-Mail: mleader@leader-law.com
Secondary Service E-Mail: service@leader-law.com

BY:   /s/Michael D. Leader
       MICHAEL D. LEADER, ESQ.
       Florida Bar No: 343950
       SCOTT R. ZUCKER, ESQ.
       Florida Bar No.: 71301



July 28, 2019

SERVED VIA CHIEF FINANCIAL OFFICER

Rockhill Insurance Company
Chief Financial Officer as RA
200 E. Gaines Street
Tallahassee, FL 32399

     Re:    The Townhouses of Emerald Hills, Inc. v. Rockhill Insurance Company
             Court Case No.: CACE-19-015289
             Claim No.: 72347.015375; Policy No.: RCPPRU000140-00

Dear Sir or Madam,

     Please provide my office with five or more dates to take the deposition of the corporate representative(s) of Rockhill Insurance Company within ten (10) days from the date of your receipt of this correspondence. Please note that the areas of inquiry for the Corporate Representative are as follows:

1. The insurance policy issued to The Townhouses of Emerald Hills, Inc. bearing policy number RCPPRU000140-00;

2. All issues contained within Plaintiff's Complaint;

3. All coverages, conditions, exclusions, definitions, etc., for the subject policy;

4. What Defendant believes caused the loss at issue;

5. Coverage for Plaintiff's property and damages at issue in this matter;

6. Damages to Plaintiff's property at issue in this matter;

7. Defendant's reason for failing to fully pay Plaintiff's claim;

8. Defendant's affirmative defenses;

9. Defendant's response to Plaintiff's discovery;

TOWNHOUSES OF EMERALD HILLS v. ROCKHILL - Page - 2

10. All requests made by Defendant of Plaintiff in this claim;

11. Any computerized damage estimating system used by the Defendant in this case;

12. The method utilized by Defendant to calculate or value the estimates for damages to Plaintiff's property.

13. All of Defendant's defenses to coverage and payment of Plaintiff's damages;

14. Defendant's actions to adjust this claim;

15. Defendant's actions to evaluate Plaintiff's claim and damages;

16. The licensing of adjusters in Florida for the Defendant's representatives who worked on this file;

17. Defendant's inspection of the insured's premises before the loss in this case to the extent Defendant alleges that any damages occurred prior to the reported date of loss;

18. Defendant's inspection of the insured's premises as a result of the loss in this case;

19. The factual and legal basis for Rockhill's determination as to the amount of Defendant's undisputed payment. To the extent Defendant's undisputed payment is lower and/or contains a different scope than the estimate provided by Plaintiff or its representatives, identify the legal and/or factual basis for the difference in price and/or scope.

20. The Defendant's denial and/or determination of amount to be paid of the insured's claim;

21. Knowledge of the contents contained within the entire underwriting file and underwriting of the policy to the extent Defendant alleges that any damages occurred prior to the reported date of loss;

22. The identity of the person or persons who participated in retaining any expert to evaluate the claim and the results, findings, work, tests, and evaluations completed by such experts;

23. Knowledge of Defendant's notice to the insured of mediation as required by Florida Statute 627.7015;

TOWNHOUSES OF EMERALD HILLS v. ROCKHILL - Page - 3

24. Knowledge of all evidence, which proves or tends to prove that Defendant mailed a complete copy of the policy and all endorsements to the Plaintiff;

25. The date and circumstances, which gave rise to Defendant's reasonable expectations or belief that litigation would ensue, result, or arise regarding the claim;

26. Information relating to Plaintiff's satisfaction of all conditions precedent;

27. The identities of any and all persons who participated in making the decision on behalf of Rockhill Insurance Company to withhold, deny, or authorize payments;

28. The documents contained in the claim file of The Townhouses of Emerald Hills, Inc.

Please identify the appropriate individuals by name and provide five or more dates of availability for each witness in September or October. It is our intention to begin the depositions around 10:30 a.m.

Please also provide dates of depositions for any and all adjusters and individuals [including, but not limited to any field adjuster, claims examiner, desk adjuster, desk examiner, (whether contracted or directly employed by your company)] that were involved, in any portion of this claim, prior to litigation.

Should you have any questions, please do not hesitate to contact me. Thank you.

Respectfully,

MICHAEL D. LEADER, ESQ.

IN THE CIRCUIT COURT FOR THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

THE TOWNHOUSES OF                                   CASE NO.:
EMERALD HILLS, INC.

              Plaintiff,

vs

ROCKHILL INSURANCE COMPANY,

              Defendant.

_____

### PLAINTIFF'S NOTICE OF SERVING INTERROGATORIES TO DEFENDANT

      The Defendant, ROCKHILL INSURANCE COMPANY, is hereby requested and required to

answer, under oath in writing, the attached Interrogatories (numbered 1-19) propounded by the Plaintiff,

THE TOWNHOUSES OF EMERALD HILLS, INC., within the time allowed by Rule 1.240 of the Florida

Rules of Civil Procedure.

### CERTIFICATE OF SERVICE

      IT IS HEREBY CERTIFIED, that a true and correct copy of the foregoing was furnished to
Chief Financial Advisor, 200 E. Gaines Street, Tallahassee, Florida 32399 with the Summons and
Complaint.

              LEADER, LEADER & ZUCKER, PLLC
              Attorneys for Plaintiff
              633 South Andrews Avenue
              Suite 201
              Fort Lauderdale, FL   33301
              (954) 523-2020 - Telephone
              (954) 523-2525 - Facsimile
              Primary Service E-Mail: mleader@leader-law.com
              Secondary Service E-Mail: service@leader-law.com

              BY:    /s/Michael D. Leader
                     MICHAEL D. LEADER, ESQ.
                     Florida Bar No: 343950
                     SCOTT R. ZUCKER, ESQ.
                     Florida Bar No.: 71301

IN THE CIRCUIT COURT FOR THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

THE TOWNHOUSES OF                                    CASE NO.:
EMERALD HILLS, INC.

       Plaintiff,

vs

ROCKHILL INSURANCE COMPANY,

       Defendant.

_____

## INTERROGATORIES TO THE DEFENDANT
_____

## DEFINITIONS

A.    As used herein the term "Plaintiff," means the Plaintiff, THE TOWNHOUSES OF EMERALD HILLS, INC.

B.    As used herein the term, "Insurance Company," means the Defendant insurance company, including all of its past and present affiliates, subsidiaries, and parent, and all their respective officers, directors, shareholders, partners, employees, agents, representatives, attorneys, and any other person acting or purporting to act on any of their behalf.

C.    When used herein "you" or "your" shall mean the Defendant insurance company, its partners, agents, servants, employees, attorneys, expert witnesses, accountants, auditors and all persons over whom it has control or who have been hired, retained or employed for any purpose by it, whether directly by it or through any other person or entity.

Interrogatories - 2

D.     As used herein the term "document" or "documents" mean any and all information in tangible form and shall include, without limiting the generality of the foregoing, all letters, telegrams, telexes, teletypes, correspondence, contracts, drafts, agreements, notes to file, reports, memoranda, mechanical or electronic recordings or transcripts of such recordings, blueprints, flow sheets, calendar or diary entries, memoranda or telephone or personal conversations, memoranda of meetings or conferences, studies, reports, inter-office and intra-office communications, quotations, offers, inquiries, bulletins, circulars, statements, manuals, summaries, newsletters, compilations, maps, etc.

E.     As used herein "communication/correspondence" means the transmission, sharing or exchange of information or knowledge in any form, by one with another.

F.     As used herein the term "person" means any individual, corporation, partnership, joint venture, group, association, body politic, government agency, unit or other organization.

G.     As used herein the term "policy" shall mean the insurance policy, policy number RCPPRU000140-00, which was issued by the Insurance Company and is the subject of the Complaint.

H.     As used herein the term "property" shall mean Plaintiff's insured property which is the subject of the Complaint.

I.     As used herein the term "insurance claim" shall mean the insurance claim which is the claim that is the subject of the Complaint.

Interrogatories - 3

J.     To "identify a document" shall mean to state with respect thereto:

A.   The identity of the person who prepared it;

B.   The identity of the person who signed it or in whose name it was issued;

C.   The identity of each person to whom it was addressed or distributed;

D.  The nature or substance of the document with sufficient particularity to enable it to be identified;

E.   Its date, and if it bears no date, the date when it was prepared; and

F.   The physical location of the document and the custodian or custodians thereof.

K.     To "identify a person" with reference to a natural person means to give his name, his last known address and if employed, the name and address of his employer and his job title or position.  To identify a person who is not an individual, means to state the name and principal office of such person.

L.     If any document the identification of which is sought by these interrogatories has been destroyed, then state the date and circumstances of its destruction, and identify the person who destroyed the documents and the person who ordered its destruction.

Interrogatories - 4

# INTERROGATORIES

1.    State the name, title and address of each person(s) who assisted in the formulation of the answers to these Interrogatories.

2.    State the name, address, and title of each person(s) who had any role, whatsoever, in evaluating or adjusting Plaintiff's insurance claim through the date of the initial coverage letter, giving a brief description of each person's responsibilities and actions regarding this matter.  This shall specifically include, but is in no way limited to, any employees, agents, contractors or other parties such as an independent adjuster, field adjuster, claims examiner, claim adjuster, pre-litigation adjuster, litigation adjuster and/or any engineers or individuals with other expertise related to the claim.  To the extent that any individual responsive to this interrogatory is not directly employed by Defendant, please include the formal name of their employer, their address, telephone number and professional license number if applicable. Even if the individual is not a decision maker but may have contributed information, facts or opinions about the claim, they should be included in your response.

3. State the name, address, and title of each person(s) who had any role, whatsoever, in evaluating or adjusting Plaintiff's insurance claim from the date of the initial coverage letter through present day, giving a brief description of each person's responsibilities and actions regarding this matter.  This shall specifically include, but is in no way limited to, any employees, agents, contractors or other parties such as an independent adjuster, field adjuster, claims examiner, claim adjuster, pre-litigation adjuster, litigation adjuster and/or any engineers or individuals with other expertise related to the claim.  To the extent that any individual responsive to this interrogatory is not directly employed by Defendant, please include the formal name of their employer, their address, telephone number and professional license number if applicable. Even if the individual is not a decision maker but may have contributed information, facts or opinions about the claim, they should be included in your response.

Interrogatories - 5

4.      List the names and addresses of all persons who are believed or known by you, your agents, or your attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which the witness has knowledge.

5.      State the facts upon which you rely for each affirmative defense in your answer.

6.      With reference to each and every one of your defenses raised or that you intend to raise in this lawsuit, state, as defined herein, each and every fact upon which you rely to substantiate such defense, including identification of all witnesses to each such fact.

7.      Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit? If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place, and substance of each statement.

8.      State whether Plaintiff made any previous or subsequent claims to the Insurance Company on the policy that is the subject of this litigation, or any other policy with the Insurance Company, and for each previous and subsequent claim state: the nature of the claim and the date of the claim.

9.      Identify by name, author and date of report, all reports, estimates, evaluations, appraisals, or similar documents prepared by or on behalf of the Insurance Company concerning any aspect of the loss and damage that underlies this litigation.

10.      Please list when, if at all, you or anyone on your behalf inspected the property. Your answer should provide the name of the person or entity performing the inspection, the reason the inspection was performed, what part of the property was inspected, the date(s) of the inspection and the results of the inspection, including whether a written report was prepared based upon the inspection and the date of the report.

11.      Do you intend to call any expert witnesses at the trial of this case? If so, state as to each such witness the name and business address of the witness, the witness's qualifications as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts and opinions to which the witness is expected to testify, and a summary of the grounds for each opinion.

Interrogatories - 7

12.    Please list any professional and/or expert opinions Defendant received and/or was otherwise in possession of on or before the date Plaintiff filed suit, that Defendant relied upon, in any manner in part or in whole, for its underpayment of this claim, who rendered the opinion, how the opinion was rendered (report, email, verbal, etc.), when it was provided to Defendant and what the opinion was.  Please list name, company/business individual is employed by, telephone number, address and e-mail address of any individuals and/or entities responsive to this interrogatory.

13.    State all facts upon which you relied in making your decision to deny any portion of Plaintiff's claim.

14.    Please identify each document, as defined herein, upon which you relied upon for your denial of Plaintiff's insurance claim, with sufficient particularity to allow its description in a Request for Production.

15.    State the factual and legal basis for your determination as to the amount of Defendant's undisputed payment.  To the extent Defendant's undisputed payment is lower and/or contains a different scope than the estimate provided by Plaintiff or their

Interrogatories - 8

representatives, identify the legal and/or factual basis for the difference in price and/or scope.

16.    Please identify each document, as defined herein, upon which you relied upon for the determined payment amount, with sufficient particularity to allow its description in a Request for Production.

17.    State with particularity each action Defendant took to investigate, adjust and/or and evaluate Plaintiff's insurance claim.

18.    In reference to any third parties that provided services, adjusting, or otherwise aided Defendant in its adjustment of the claim referenced in the complaint, please identify: (a) identity of the individual or entity, the address, email address and phone number.

19.    Did Defendant request that Plaintiff perform or comply with any post-loss condition?

Interrogatories - 9

20.     If your answer to the proceeding interrogatory was yes, please state for each request, the exact request made, the date of the request, whether the request was written or oral, and whether the insured complied with the request.

21.     Please list the names and addresses of any persons with whom Defendant, and/or any of its agents, servants or employees obtained a statement, either oral, recorded or written, and state the date the statement was taken, who was present when said statement was taken, and whether the statement was oral, recorded or written and who was in possession of said statement relative to the loss described in the Complaint.

22.     For each response to Plaintiff's Request for Admissions you did not admit without qualification, state the legal and/or factual basis for the denial or qualification.

Interrogatories - 10

23.     Please identify each document, as defined herein, upon which you relied on as basis for the amount paid to Plaintiff prior to the lawsuit, with sufficient particularity to allow their description in a Request for Production.

_____

ROCKHILL INSURANCE COMPANY

By_____

Title_____

STATE OF _____

COUNTY OF_____

        Sworn to and subscribed before me this _____ day of_____, 2019, by_____ as _____ of DEFENDANT, who is personally known to me or who has produced _____as identification.

                    _____
                    Notary Public


                    _____
                    Name of Notary (Typed, Printed or Stamped)

My Commission Expires:

IN THE CIRCUIT COURT FOR THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

THE TOWNHOUSES OF                                    CASE NO.:
EMERALD HILLS, INC.

       Plaintiff,

vs

ROCKHILL INSURANCE COMPANY,

       Defendant.

_____

## **PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS**

Plaintiff, THE TOWNHOUSES OF EMERALD HILLS, INC. ("Plaintiff"), by and through the undersigned counsel and pursuant to Rule 1.370 of the Florida Rules of Civil Procedure, request the Defendant, ROCKHILL INSURANCE COMPANY (hereinafter "Defendant"), to admit or deny the following:

1.    Admit that at all times material to the Complaint filed herein, Defendant was and is an insurance company duly licensed to transact the business of insurance in the State of Florida.

2.    Admit that Defendant maintains agents in the County where this lawsuit was filed for the transaction of its customary business.

3.    Admit that venue is proper.

4.    Admit that all of the individuals who adjusted Plaintiff's claim were agents of the Defendant and acted within the scope and course of their agency.

5.    Admit that the above-styled court has jurisdiction over the action of Plaintiff against Defendant.

Plaintiff's First Request for Admissions

6.      Admit that Plaintiff is the named insured under the policy described in the Complaint.

7.      Admit that the policy Defendant issued under policy number RCPPRU000140-00, provides insurance coverage for the loss alleged in the Complaint.

8.      Admit that the premises described in the policy attached to the Complaint are the insured's premises insured pursuant to the insurance policy described in the Complaint.

9.      Admit that the insurance policy referenced in the Complaint was in full force and effect on the date of loss alleged in the Complaint.

10.     Admit that on the date of the loss, on or about September 10, 2017, the Plaintiff was the owner of the premises listed in the policy attached to the Complaint.

11.     Admit that Plaintiff gave timely notice to the Defendant of the loss alleged in the Complaint.

12.     Admit that Defendant has not been prejudiced by any delay in notice given by Plaintiff.

13.     Admit that Plaintiff fulfilled all conditions precedent to be entitled to make recovery under said policy for the damages alleged in the Complaint.

14.     Admit that the Defendant has waived the policy's post-loss requirements and all conditions precedent.

Plaintiff's First Request for Admissions

15.    Admit that Plaintiff has fully cooperated with Defendant with respect to all requests for investigation of the subject premises.

16.    Admit that Plaintiff made a claim for the loss described in the complaint.

17.    Admit that Defendant adjusted the claim and sent an adjuster to inspect and estimate the damages to Plaintiff's property.

18.    Admit that Plaintiff requested the Defendant provide coverage for the loss described in the complaint before the lawsuit was filed.

19.    Admit that the Defendant made one payment to Plaintiff (in the amount of $246,585.00), which was under-deductible toward the claim prior to the filing of a lawsuit in this matter.

20.    Admit that the Defendant agrees that the scope of the damages reflected in the Plaintiff's estimate is covered under the insurance policy.

21.    Admit that all premiums required for purchase of the policy were paid.

22.    Admit that the Plaintiff has made no material misrepresentation in the application of insurance.

23.    Admit that the Plaintiff has not made any false statements or engaged in any concealment in this claim.

24.    Admit that Defendant is required to pay Plaintiff's attorney's fees and costs pursuant to Section 627.428, Florida Statutes.

25.    Admit that Plaintiff provided all information requested by Defendant.

Plaintiff's First Request for Admissions

26.     Admit that Plaintiff notified Defendant prior to suit that the amount paid was insufficient to place them back in her pre-loss condition.

27.     Admit that Defendant was aware, prior to suit being filed in this matter, that Plaintiff obtained estimate(s) for repairs that exceeded the amount paid by Defendant.

28.     Admit that Defendant did not remit any payment to Plaintiff.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED, that a true and correct copy of the foregoing was furnished to Chief Financial Advisor, 200 E. Gaines Street, Tallahassee, Florida 32399 with the Summons and Complaint.

LEADER, LEADER & ZUCKER, PLLC
Attorneys for Plaintiff
633 South Andrews Avenue
Suite 201
Fort Lauderdale, FL   33301
(954) 523-2020 - Telephone
(954) 523-2525 - Facsimile
Primary Service E-Mail: mleader@leader-law.com
Secondary Service E-Mail: service@leader-law.com

BY:     /s/Michael D. Leader
        MICHAEL D. LEADER, ESQ.
        Florida Bar No: 343950
        SCOTT R. ZUCKER, ESQ.
        Florida Bar No.: 71301

IN THE CIRCUIT COURT FOR THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

THE TOWNHOUSES OF                        CASE NO.:
EMERALD HILLS, INC.

        Plaintiff,

vs

ROCKHILL INSURANCE COMPANY,

        Defendant.

_____

## PLAINTIFF'S REQUEST TO PRODUCE TO DEFENDANT

Plaintiff, THE TOWNHOUSES OF EMERALD HILLS, INC., by and through the undersigned counsel, requests the Defendant, ROCKHILL INSURANCE COMPANY, to produce for inspection and copying the following documents, at the offices of the undersigned, or in the alternative, that Defendant mail copies of the same to the undersigned within the time prescribed by the Florida Rules of Civil Procedure.

## DEFINITION OF TERMS

As used in this Request for Production, the following terms and definitions are intended to apply:

A.    As used herein the term "Plaintiff", means the Plaintiff THE TOWNHOUSES OF EMERALD HILLS, INC.

B.    As used herein the term, "Insurance Company," means the Defendant insurance company, including all of its past and present affiliates, subsidiaries, and parent, and all their respective officers, directors, shareholders, partners, employees,

Request to Produce - 2

agents, representatives, attorneys, and any other person acting or purporting to act on any of their behalf.

C.     When used herein "you" or "your" shall mean the Defendant insurance company, its partners, agents, servants, employees, attorneys, expert witnesses, accountants, auditors and all persons over whom it has control or who have been hired, retained or employed for any purpose by it, whether directly by it or through any other person or entity.

D.     As used herein the term "document" or "documents" mean any and all information in tangible form and shall include, without limiting the generality of the foregoing, all letters, telegrams, telexes, teletypes, correspondence, contracts, drafts, agreements, notes to file, reports, memoranda, mechanical or electronic recordings or transcripts of such recordings, blueprints, flow sheets, calendar or diary entries, memoranda or telephone or personal conversations, memoranda of meetings or conferences, studies, reports, inter-office and intra-office communications, quotations, offers, inquiries, bulletins, circulars, statements, manuals, summaries, newsletters, compilations, maps, etc.

E.     As used herein "communication/correspondence" means the transmission, sharing or exchange of information or knowledge in any form, by one with another.

Request to Produce - 3

F. As used herein the term "person" means any individual, corporation, partnership, joint venture, group, association, body politic, government agency, unit or other organization.

G. To "identify a document" shall mean to state with respect thereto:

a. The identity of the person who prepared it;

b. The identity of the person who signed it or in whose name it was issued;

c. The identity of each person to whom it was addressed or distributed;

d. The nature or substance of the document with sufficient particularity to enable it to be identified;

e. Its date, and if it bears no date, the date when it was prepared; and

f. The physical location of the document and the custodian or custodians thereof.

g. To "identify a person" with reference to a natural person means to give his name, his last known address and if employed, the name and address of his employer and his job title or position. To identify a person, who is not an individual, means to state the name and principal office of such person.

## INSTRUCTIONS FOR USE

All information to be divulged which is in the possession, custody or control of the individual party, its attorney, investigators, agents, employees or other representatives of the named party and its attorney. If the party does not physically have a copy of the documents, but the party has a right to request a copy of the

Request to Produce - 4

documents from the person or entity that has a copy of the documents, the party must obtain a copy and produce the document.

## DOCUMENTS TO BE PRODUCED

1.      Copy of the insurance policy, certified as true and accurate as of the date of loss.

2.      Any and all communication/correspondence, as defined herein, between the Plaintiff, including persons acting on behalf of Plaintiff, and the Insurance Company, including its agents, regarding the subject insurance claim at issue in this lawsuit.

3.      Any and all photographs or video reproductions of the insured property, which is the subject matter of this litigation, taken by Defendant, its agents or representatives, prior to the claim at issue.

4.      Any and all photographs or video reproductions of the insured property, which is the subject matter of this litigation, taken by Defendant, its agents or representatives, from the time of reporting of the loss through the issuance of the Defendant's claim's decision.

5.      Any and all photographs or video reproductions of the insured property, which is the subject matter of this litigation, taken by Defendant, its agents or representatives, after the issuance of the Defendant's claims decisions.

6.      Any and all statements, in whatever form or media, taken by the Insurance Company regarding the loss which is the subject matter of this litigation.

Request to Produce - 5

7.      Any and all statements, in whatever format or media, and transcripts of all statements, given by the Plaintiff and its agents or representatives to the Insurance Company.

8.      All estimates generated during or as a result of Defendant's investigation of the claim reflecting Defendant's inspection of the property between the date of loss listed in the Complaint and the issuance of Defendant's June 20, 2018 correspondence.

9.      All reports generated during or as a result of Defendant's investigation of the claim reflecting Defendant's inspection of the property between the date of loss listed in the Complaint and the issuance of Defendant's June 20, 2018 correspondence.

10.     All estimates generated during or as a result of Defendant's investigation of the claim reflecting Defendant's inspection of the property from the issuance of Defendant's June 20, 2018 correspondence and the present date.

11.     All reports generated during or as a result of Defendant's investigation of the claim reflecting Defendant's inspection of the property from the issuance of Defendant's claims decision and the present date.

12.     All documents, as defined herein, that support Defendant's Affirmative Defenses.

13.     All documents, as defined herein, that support Defendant's denials or qualifications to Plaintiff's Request for Admissions.

Request to Produce - 6

14.     All documents, as defined herein, referenced or identified in Defendant's responses to Plaintiff's First Set of Interrogatories.

15.     Any and all expert reports pertaining to the cause of the subject loss.

16.     Any materials, documents, correspondence, as defined herein, or tangible things provided to the Insurance Company or its agents by the Plaintiff, or persons acting on behalf of Plaintiff, following the loss.

17.     To the extent Defendant is relying on the underwriting file to support its denial, defenses or affirmative defenses, produce the complete underwriting file pertaining to the subject risk and the subject policy of insurance.

18.     The insurance application for the subject policy.

19.     All documents provided by Plaintiff to Defendant, prior to the claim at issue, as part of the procurement of insurance, including but not limited to all inspections reports, photographs, and/or applications.

20.     All estimates prepared by, for, or on behalf of Defendant regarding the loss described in the Complaint.

21.     Copies of any diagrams, models, drawings, sketches, blueprints or any other reproduction of the subject risk made before the subject loss.

22.     Copies of any diagrams, models, drawings, sketches, blueprints or any other reproduction of the subject risk made after the subject loss.

23.     Copies of any and all Proof of Loss forms with supporting documents, if any.

Request to Produce - 7

24.     All relevant and non-privileged portions of the claims file pertaining to the claims of the Insured from the date of the loss to the time of the filing of the lawsuit. If any portion of the claims file is withheld under a claim of privilege, produce a detailed privilege log containing sufficient information to identify each document, as defined herein, or item withheld and the privilege claimed with respect to each document or item withheld.

25.     All documents from prior claims files relied upon by Defendant in support of its denial, defenses or affirmative defenses.

26.     Any and all documents, as defined herein, relating to the insurance company's receipt of notice of a claim.

27.     Any and all documents from Plaintiff, its representatives or agents, as defined herein, relating to the insurance company's receipt of notice of a claim.

28.     Any and all written communication/ correspondence, as defined herein, between the Insurance Company and any third party concerning the processing of the Plaintiff's insurance claim.

29.     Copies of all payments, in whatever form or media, made to or on behalf of Plaintiff and/or Plaintiff's assignees.

30.     All transcripts of examination(s) under oath taken in connection with the Plaintiff's insurance claim which is the subject of the Complaint.

31.     All documents, as defined herein, or correspondence, as defined herein, that support Defendant's underpayment of Plaintiff's claim and/or that Defendant

Request to Produce - 8

relies on as a basis for the amount of its payment to Plaintiff for the loss at issue in this suit.

32.     All documents, as defined herein, reflecting any request Defendant made to Plaintiff concerning the loss at issue in this suit.

33.     All correspondence to or from any third parties and Defendant regarding the subject claim.

34.     A complete copy of the claims file pertaining to the claim at issue from the date of the loss to the time of the filing of the lawsuit.

Request to Produce - 9

# <u>CERTIFICATE OF SERVICE</u>

IT IS HEREBY CERTIFIED, that a true and correct copy of the foregoing was furnished to Chief Financial Advisor, 200 E. Gaines Street, Tallahassee, Florida 32399 with the Summons and Complaint.

LEADER, LEADER & ZUCKER, PLLC
Attorneys for Plaintiff
633 South Andrews Avenue
Suite 201
Fort Lauderdale, FL   33301
(954) 523-2020 - Telephone
(954) 523-2525 - Facsimile
Primary Service E-Mail: mleader@leader-law.com
Secondary Service E-Mail: service@leader-law.com

BY:   /s/Michael D. Leader
      MICHAEL D. LEADER, ESQ.
      Florida Bar No: 343950
      SCOTT R. ZUCKER, ESQ.
      Florida Bar No.: 71301