IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 0:19-cv-62037-Williams/Valle

THE TOWNHOUSES OF
EMERALD HILLS, INC.

    Plaintiff,

v.

ROCKHILL INSURANCE
COMPANY,

    Defendant.
_____/

## JOINT CONFERENCE REPORT

Plaintiff The Townhouses of Emerald Hills, Inc. ("plaintiff") and defendant Rockhill Insurance Company ("Rockhill"), by and through their undersigned counsel, and pursuant to the Court's August 14, 2019 Order [Doc. 3], hereby submit the following Joint Conference Report:

**1.** **Meeting.** A scheduling conference was conducted via telephone on August 28, 2019, at 10 a.m. between Michael D. Leader, counsel for plaintiff, and J. Richard Young, counsel for Rockhill.

**2.** **Conference Report.**

    **A.** **Likelihood of Settlement.** There is a potential for settlement

after the completion of some discovery, which the parties will explore.

B. **Likelihood of Appearance of Additional Parties.** At this time, the parties do not anticipate the appearance of additional parties in this action.

C. **Proposed Limits on Time.**

| | |
|---|---|
| **November 29, 2019** | The Parties shall file motions to amend pleadings or join parties. |
| **September 30, 2020** | The Parties shall file all dispositive pre-trial motions and memoranda of law. |
| **August 15, 2020** | The Parties shall complete all discovery, including expert discovery. |

D. **Proposals for the Formulation and Simplification of Issues.** The parties will make all efforts to simplify the issues and eliminate any and all frivolous claims and defenses.

E. **Necessity or Desirability of Amendments to Pleadings.** At this time, the parties are engaged in good faith discussions regarding the affirmative defenses asserted. A motion directed at the affirmative defenses and/or an agreement of the parties may require an amendment of the affirmative defenses as pled. Both parties reserve the right to amend in accordance with the Federal Rules of

Civil Procedure.

F.  **Possibility of Obtaining Admissions of Fact and of Documents to Avoid Unnecessary Proof.** Counsel for the parties will cooperate in good faith to obtain admissions and stipulations which will serve to limit the issues in dispute and reduce the time needed for trial.

G.  **Suggestions for the Avoidance of Unnecessary Proof and of Cumulative Evidence.** Counsel for the parties will cooperate in good faith to eliminate unnecessary proof and cumulative evidence at trial. Counsel will meet before any pretrial hearing to specifically discuss stipulated facts.

H.  **Suggestions on the Advisability of Referring Matters to a Magistrate Judge or Master.** The parties agree to the use of a Magistrate Judge to resolve discovery disputes only.

I.  **Preliminary Estimate of Time Required for Trial.** At this time, the parties anticipate that trial will take approximately 5-7 days.

J.  **Requested Dates for Conferences and Trial.**

    (1)    Pretrial Conference    January 11, 2021

    (2)    Trial    January 25, 2021

**K.     Any Other Issues About Disclosure, Discovery, or ESI.** The parties have agreed that all ESI will be produced in portable document format (.pdf) on CD or via a share file link.

**L.     Any Other Information Relevant to Court's Setting the Case for Status or Pretrial Conference.** None at this time.

Respectfully submitted this 4th day of September, 2019.

| | |
|---|---|
| */s/ Michael D. Leader*<br>MICHAEL D. LEADER<br>*(Electronically signed by J. Richard Young with express permission of Michael D. Leader)*<br>SCOTT R. ZUCKER<br>Leader, Leader & Zucker, PLLC<br>633 South Andrews Avenue,<br>Suite 201<br>Fort Lauderdale, Florida 33301<br>mleader@leader-law.com<br>service@leader-law.com<br>*Attorneys for Plaintiff The Townhouses of Emerald Hills, Inc.* | */s/ J. Richard Young*<br>J. RICHARD YOUNG<br>Florida Bar No. 0563250<br>MOZLEY, FINLAYSON & LOGGINS LLP<br>4767 New Broad Street<br>Orlando, Florida 32814<br>Tel: (407) 514-2765 Ext. 2317<br>Fax: (404) 250-9355<br>ryoung@mfllaw.com<br><br>*Attorneys for Defendant Rockhill Insurance Company* |