IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 0:19-cv-62037-Williams/Valle

THE TOWNHOUSES OF
EMERALD HILLS, INC.

    Plaintiff,

v.

ROCKHILL INSURANCE
COMPANY,

    Defendant.
_____/

## JOINT AGREED MOTION TO VACATE ORDER DISMISSING CASE AND CLOSING CASE

Plaintiff The Townhouses of Emerald Hills, Inc. ("Plaintiff") and Defendant Rockhill Insurance Company ("Rockhill"), by and through their undersigned counsel, hereby file this Joint Agreed Motion to Vacate Order Dismissing Case and Closing Case and states as follows:

1. Plaintiff is a residential townhome association in Hollywood, Florida that sustained damage due to Hurricane Irma.

2. Plaintiff contends Defendant provided insurance coverage and failed to afford proper coverage under the insurance contract which resulted in Plaintiff filing suit in State Court (Broward Court Case No.: CACE19-015289); Defendant disputes

these allegations.

3. On or about August 14, 2019, Defendant moved this matter to Federal Court creating the above captioned style and case number.

4. A subsequent order from the Court was issued on or about August 14, 2019 requiring a Joint Conference Report and proposed Scheduling Order to be filed on or before August 30, 2019.

5. The parties met and conferred on August 28, 2019, at which time an agreement was reached with respect to both the Joint Conference Report and proposed Scheduling Order.

6. It was the understanding of Plaintiff's counsel that counsel for Defendant, James Richard Young III, would incorporate the changes we agreed to and would file the report before the Court's deadline.

7. Shortly thereafter, due to the impending threat of Hurricane Dorian, the ph2ed's building where its law firm has office space had a mandatory closure after which time we were not permitted access to the building until it re-opened.

8. In preparing for the storm Plaintiff's counsel's law firm had to take its computer servers offline as part of the necessary precautions based on the tracked path of the storm at that time.

9. In the mayhem related to the storm preparations, both professionally

and personally, Plaintiff's counsel saw an electronic filing in the above captioned matter that was erroneously believed to have been the Joint Conference Report and proposed Scheduling Order.

10. When Plaintiff's counsel's law firm attempted to go back online with its server, it experienced technical issues that were resolved promptly by approximately 9:00 a.m. on September 4, 2019.

11. Plaintiff's counsel promptly realized upon checking that neither the Joint Conference Report nor the proposed Scheduling Order were filed. Plaintiff's counsel was not sure if the failure to file the report and proposed Order by opposing counsel was due to a change in his position as to any of the agreements reached.

12. Therefore, Plaintiff's counsel did not believe it was proper to file the Joint Conference Report and proposed Scheduling Order without confirming with opposing counsel.

13. Plaintiff's counsel left three telephone messages and emailed Defendant's counsel throughout the course of the day (September 4, 2019) and then received this Court's Order of Dismissal at 4:14 p.m.

14. Plaintiff's counsel just heard from opposing counsel at 4:44 p.m. with an intent to file this Motion and submit the Joint Conference Report and proposed Scheduling Order.

15. Any failure to timely comply with the Court's requirement was directly related to the significant threat of the impending hurricane and was not willful, intentional, or deliberate.

16. As noted above, the parties timely met, prepared and agreed upon a Joint Conference Report and proposed Scheduling Order.

17. The Court's Order of Dismissal in no way harms or prejudices the Defendant, but does create prejudice to Plaintiff and Plaintiff's counsel. The only reasons the Joint Conference Report and proposed Scheduling Order were not timely filed was a direct result of Plaintiff's counsel reasonably relying on counsel for Defendant's representation that it was timely filed as an agreement had been reached and/or due to impracticality and/or impossibility of Plaintiff's counsel being forced to take its servers offline and having no means of filing with the Court between Friday, August 30, 2019 and approximately 9:00 a.m. on September 4, 2019, all related to the impending threat of Hurricane Dorian.

18. Further, the counsel for the Defendant was locked out of his office due to hurricane pre-cautions until 12:00 p.m. today, September 4, 2019.

19. Plaintiff's counsel has never been sanctioned or had a case dismissed by the Court for failure to timely comply with any obligation and asserts that but for the circumstances explained below it would not have occurred in this matter.

20. The proposed scheduling Order has been forwarded to the Court's designated email address and the Joint Scheduling Report has been filed with the Court. Both are attached as an Exhibits to this Motion.

WHEREFORE, the parties hereby pray this Honorable Court to enter and Order vacating the dismissal issued today September 4, 2019 at approximately 4:14 p.m.

Respectfully submitted this 4 day of September, 2019.

| | |
|---|---|
| */s/ Michael D. Leader*<br>MICHAEL D. LEADER<br>*(Electronically signed by J. Richard Young with express permission of Michael D. Leader)*<br>SCOTT R. ZUCKER<br>Leader, Leader & Zucker, PLLC<br>633 South Andrews Avenue,<br>Suite 201<br>Fort Lauderdale, Florida 33301<br>mleader@leader-law.com<br>service@leader-law.com<br>*Attorneys for Plaintiff The Townhouses of Emerald Hills, Inc.* | */s/ J. Richard Young*<br>J. RICHARD YOUNG<br>Florida Bar No. 0563250<br>MOZLEY, FINLAYSON & LOGGINS LLP<br>4767 New Broad Street<br>Orlando, Florida 32814<br>Tel: (407) 514-2765 Ext. 2317<br>Fax: (404) 250-9355<br>ryoung@mfllaw.com<br><br>*Attorneys for Defendant Rockhill Insurance Company* |

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 0:19-cv-62037-Williams/Valle

THE TOWNHOUSES OF
EMERALD HILLS, INC.

    Plaintiff,

v.

ROCKHILL INSURANCE
COMPANY,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **JOINT CONFERENCE REPORT** using the Court's CM/ECF System, which will automatically send a copy of same to the following counsel of record:

Michael D. Leader, Esq.
Scott R. Zucker, Esq.
Leader, Leader & Zucker, PLLC
633 South Andrews Avenue, Suite 201
Fort Lauderdale, Florida 33301
mleader@leader-law.com
szucker@leader-law.com
service@leader-law.com
*Attorneys for Plaintiff The Townhouses of Emerald Hills, Inc.*

This 4 day of September, 2019.

*/s/ J. Richard Young*
J. RICHARD YOUNG
Florida Bar No. 0563250
